STEVEN J. MOSER, P.C.
Attorney at Law
3 School Street, Suite 207B
Glen Cove, New York 11542
Tel: (516) 671-1150
Fax: (516) 882-5420

## CONSENT TO JOIN

1. I, RAUL SIANCAS, hereby consent and agree and opt-in to become a plaintiff in *Siancas, individually and on behalf of all others similarly situated v. Rallye Motors, et al. v. Rallye Motors, LLC, et al.*, pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*

2. The Law Firm of Steven J. Moser, P.C. represents me in this action.

Dated: 10-22, 2014

_____
Raul Siancas