UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAUL SIANCAS individually and on behalf of all others similarly
situated,

          **No. 14-CV-6151 (JS)(SIL)**

                      Plaintiffs,

        *-against-*              **MOTION TO STRIKE**
                                    **AFFIRMATIVE**

Rallye Motors, LLC, Rallye Motors Holding LLC, Rallye Leasing,  **DEFENSES PURSUANT**
Inc., Rallye Glen Cove, LLC, Rallye Northern, LLC, Rallye Roslyn,  **TO RULE 12(f)**
LLC, Rallye Roslyn Holding, LLC, Rallye Westbury, LLC, and
Exclusive Detailing, Inc.

                      Defendants.

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiff's Motion

to Strike, and the Declaration of James Fenton and the Exhibits annexed thereto, Plaintiff will

move this Court, before the Honorable Joanna Seybert, United States District Judge, pursuant to

Rule 12(f) of the Federal Rules of Civil Procedure, on a date set by the Court, for an order

striking affirmative defenses numbered 2-12, 14-17, 20-22, and 24-33 from the Answer of

Defendant Exclusive Detailing, Inc.  PLEASE TAKE FURTHER NOTICE that, pursuant to

Local Civil Rule 6.1(b) of the Eastern District of New York, answering papers, if any, are to be

served two weeks after receipt of the moving papers on this motion, with reply papers, if any, to

be served one week later.

Dated:  March 6, 2015
       Glen Cove, New York

                  **STEVEN J. MOSER, P.C.**

                  By:_____
                  Steven John Moser (SM1133)
                  3 School Street, Suite 207B
                  Glen Cove, New York  11542
                  Telephone (516) 671-1150
                  Fax: (516) 882-5420
                  *Attorneys for Plaintiff*