UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAUL SIANCAS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>Rallye Motors, LLC, Rallye Motors Holding LLC, Rallye Leasing, Inc., Rallye Glen Cove, LLC, Rallye Northern, LLC, Rallye Roslyn, LLC, Rallye Roslyn Holding, LLC, Rallye Westbury, LLC, and Exclusive Detailing, Inc.<br><br>Defendants. | Civ. No. 14-cv-6151 (JS)(SIL)<br><br>**DECLARATION OF RAUL SIANCAS IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION** |

I, Raul Siancas, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge and belief:

1. I currently reside in the State of New York, Nassau County.

2. I was employed by Exclusive Detailing at Rallye Motors in Roslyn, New York from approximately February 2013 until about February 2014.

3. Rallye Motors, located in Roslyn, sells Mercedes Benz and other cars;

4. Exclusive detailing employees worked within the Rallye Dealership, where there is an automated car wash and a car detailing area.

5. I was hired by a man known as "Aldo."   A friend of mine who had worked for Exclusive for years told me that there was work available.

6. The first time I came to the Rallye Dealership, I approached someone and asked for Aldo. They told me where to find him.  Aldo asked me about work that I had been doing in the

past and what I was doing now.   I told him that I was looking for steady work and he told me that they worked year round.   He showed the car wash, which is located inside of the Rallye Dealership in Roslyn, New York.   He explained the process of washing cars to me.

7.  He told me that he would pay me $8.00 per hour to start.   I asked him if he paid overtime.   He laughed and asked me "Do you want to work, or not."   I responded that "I was just asking."

8.  During the time that I worked in the Rallye Dealership (for Exclusive), I was never paid overtime.   Instead, I was paid the regular rate for all hours worked.

9.  I had conversations with co-workers about overtime.   These included David and Neri. They told me that it was "taboo" to talk about overtime.

10. The regular working hours of my co-workers were the same as mine – from about 6:00am until 5:00pm Monday through Friday, and from 8:00am until 4:00pm on Saturday.   Sometimes we would have to stay late.

11. Aldo would hold meetings and would explain that Exclusive employees worked at other Rallye Dealerships, that Exclusive was a "big company", and about the importance of doing a good job.

12. There were at least 16 Exclusive employees working within the Rallye dealership in Roslyn.

13. Payday was Friday.   Normally the checks would be delivered by a white pickup truck with New Jersey license plates.   The driver had a separate envelope for each dealership. Once I was asked to vacuum the inside of the pickup truck.   I opened the passenger door and saw envelopes containing checks.   There were at least 50 to 60 checks on the front

seat.

14. I am not aware of *any* Exclusive employee who was paid overtime at the overtime rate while I was employed.

15. Attached hereto as Exhibit 1 are true copies of my "payroll checks" issued by Exclusive.

The foregoing is true and correct.

Dated: March 4, 2015

_____

RAUL SIANCAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAUL SIANCAS individually and on behalf of all
others similarly situated,

Plaintiffs,

- against -

Rallye Motors, LLC, Rallye Motors Holding LLC,
Rallye Leasing, Inc., Rallye Glen Cove, LLC. Rallye
Northern, LLC, Rallye Roslyn, LLC, Rallye Roslyn
Holding, LLC, Rallye Westbury, LLC, and Exclusive
Detailing, Inc.

Defendants.

Civ. No. 14-cv-6151 (JS)(SIL)

**DECLARATION OF
TRANSLATION BY
JOHANNA DIAZ**

I, Johanna Diaz, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the

following is true and correct:

1.  I currently reside in the State of New York, Queens County.

2.  I am employed as a legal administrative assistant with the law firm of Steven J. Moser,

    P.C.

3.  I am fluent in English and Spanish.

4.  On March 4, 2015 I accurately orally translated the document entitled "Declaration of

    Raul Siancas in Support of Motion for Conditional Certification" to Raul Siancas.

5.  Raul Siancas executed said document after it was orally translated to him.

    The foregoing is true and correct.

Dated: March 4, 2015

Johanna Diaz

# EXHIBIT 1 to
# SIANCAS DECLARATION



## Electronic Deposit Image

DATE-TIME: 2013-07-13 07:42:03
ATM Terminal ID: B0021511
Transaction Sequence: 000857
CARD: 5262192080063313

$432.00

002151100857  5833-0200  4968312741                28

Electronic Deposit Slip

Rear Image



Post Date: 07/15/2013   Account: 4968312741
Amount: $432.00        Routing & Transit: 583302005
Check No.: 2151100857   Acct of Deposit: 0

65942

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

7/10/2013

PAY TO THE
ORDER OF    raul siancas                                    $  **432.00

Four Hundred Thirty-Two and 00/100************************************************  DOLLARS

raul siancas

MEMO                                              AUTHORIZED SIGNATURE

⑈065942⑈ ⑈021200025⑈ 2000011486488⑈

Post Date: 07/15/2013      Account: 2000011486488
Amount: $432.00           Routing & Transit: 21200025
Check No.: 65942          Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-07-06 16:09:35
ATM Terminal ID: B0043111
Transaction Sequence: 004592
CARD: 5262192080063313

$512.00

004311104592 5833-0200  4968312741          28

Electronic Deposit Slip

Rear Image

Post Date: 07/08/2013   Account: 4968312741
Amount: $512.00        Routing & Transit: 583302005
Check No.: 4311104592   Acct of Deposit: 0



65769

EXCLUSIVE DETAILING INC.
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

7/3/2013

PAY TO THE ORDER OF   raul siancas                    $  **512.00

Five Hundred Twelve and 00/100**************************************************  DOLLARS

raul siancas

MEMO                                                 AUTHORIZED SIGNATURE

⑈065769⑈ ⑈021200025⑈ 20000114864889⑈

Post Date: 07/08/2013          Account: 2000011486488
Amount: $512.00                Routing & Transit: 21200025
Check No.: 65769               Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-06-28 20:39:29
ATM Terminal ID: B0043111
Transaction Sequence: 002389
CARD: 5262192080063313

$512.00

004311102389 5833-0200   4968312741          28

Electronic Deposit Slip

Rear Image

Post Date: 06/28/2013    Account: 4968312741
Amount: $512.00          Routing & Transit: 583302005
Check No.: 4311102389    Acct of Deposit: 0



EXCLUSIVE DETAILING INC.
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

65528

6/26/2013

PAY TO THE ORDER OF   raul siancas

$ **512.00

Five Hundred Twelve and 00/100**********************************************************

DOLLARS

raul siancas

MEMO                                          AUTHORIZED SIGNATURE

⑈0㐄5528⑈ ⑆021200025⑆ 20000㐄㐄486488⑈



Post Date: 06/28/2013    Account: 2000011486488
Amount: $512.00          Routing & Transit: 21200025
Check No.: 65528         Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-06-22 17:55:05
ATM Terminal ID: B0021511
Transaction Sequence: 002583
CARD: 5262192080063313

$512.00

002151102583 5833-0200  4968312741     28

Electronic Deposit Slip

Rear Image

Post Date: 06/24/2013  Account: 4968312741
Amount: $512.00  Routing & Transit: 583302005
Check No.: 2151102583  Acct of Deposit: 0



Post Date: 06/24/2013  Account: 2000011486488
Amount: $512.00  Routing & Transit: 21200025
Check No.: 65267  Acct of Deposit: 13



**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

64847

Wells Fargo, N.A.
55-2-212

6/12/2013

PAY TO THE ORDER OF    raul siancas                        $ **352.00

Three Hundred Fifty-Two and 00/100***************************************************************    DOLLARS

raul siancas

MEMO

AUTHORIZED SIGNATURE

⑈OᗺᏞ8Ꮞ7⑈ ⑆O2Ꮬ2OOO25⑊ 2OOOOᏞᏞᎮ8Ꮼ8Ꮞ88⑈

Post Date: 06/17/2013
Amount: $352.00
Check No.: 64847

Account: 2000011486488
Routing & Transit: 21200025
Acct of Deposit: 13



Post Date: 06/10/2013          Account: 2000011486488
Amount: $512.00               Routing & Transit: 21200025
Check No.: 64754              Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-06-15 16:23:19          $352.00
ATM Terminal ID: B0043111
Transaction Sequence: 006563
CARD: 5262192080063313

004311106563 5833-0200  4968312741          28

Electronic Deposit Slip

Rear Image

Post Date: 06/17/2013   Account: 4968312741
Amount: $352.00         Routing & Transit: 583302005
Check No.: 4311106563   Acct of Deposit: 0



64543

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

5/29/2013

PAY TO THE
ORDER OF    raul siancas

$ **360.00

Three Hundred Sixty and 00/100********************************************************************    DOLLARS

raul siancas

MEMO

AUTHORIZED SIGNATURE

⑈⁰⁰64543⑈⁰ ⑈⁰⁰021200025⑈⑈ 200001148648811⑈

Post Date: 06/03/2013
Amount: $360.00
Check No.: 64543

Account: 2000011486488
Routing & Transit: 21200025
Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-06-08 09:24:27
ATM Terminal ID: B0043111
Transaction Sequence: 001527
CARD: 5262192080063313

$512.00

004311101527 5833-0200 4968312741          28

Electronic Deposit Slip

Rear Image

Post Date: 06/10/2013    Account: 4968312741
Amount: $512.00        Routing & Transit: 583302005
Check No.: 4311101527  Acct of Deposit: 0



64347

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

5/22/2013

PAY TO THE
ORDER OF    raul siancas

$ **512.00

Five Hundred Twelve and 00/100************************************************************************    DOLLARS

raul siancas

MEMO

AUTHORIZED SIGNATURE

⑈064347⑈ ⑆021200025⑆ 2000011486488⑈

64

---

Post Date: 05/28/2013
Amount: $512.00
Check No.: 64347

Account: 2000011486488
Routing & Transit: 21200025
Acct of Deposit: 13

---

## Electronic Deposit Image

DATE-TIME: 2013-06-01  10:53:04
ATM Terminal ID: B0043111
Transaction Sequence: 001814
CARD: 5262192080063313

$360.00

004311101814  5833-0200  4968312741                    28

---

Electronic Deposit Slip

Rear Image

Post Date: 06/03/2013    Account: 4968312741
Amount: $360.00         Routing & Transit: 583302005
Check No.: 4311101814   Acct of Deposit: 0



64097

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

5/16/2013

PAY TO THE
ORDER OF     raul siancas

$  **528.00

Five Hundred Twenty-Eight and 00/100***********************************************************************     DOLLARS

raul siancas

MEMO

AUTHORIZED SIGNATURE

⑆064097⑆ ⑆021200025⑆ 2000011486488⑆

Post Date: 05/20/2013
Amount: $528.00
Check No.: 64097

Account: 2000011486488
Routing & Transit: 21200025
Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-05-25 08:12:45
ATM Terminal ID: B0043111
Transaction Sequence: 003661
CARD: 5262192080063313

$512.00

004311103661 5833-0200  4968312741                    28

Electronic Deposit Slip

Rear Image

Post Date: 05/28/2013   Account: 4968312741
Amount: $512.00        Routing & Transit: 583302005
Check No.: 4311103661  Acct of Deposit: 0



63842

EXCLUSIVE DETAILING INC.
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

5/8/2013

PAY TO THE
ORDER OF       raul siancas

$  **528.00

Five Hundred Twenty-Eight and 00/100**************************************************************************************  DOLLARS

raul siancas

MEMO                                                          AUTHORIZED SIGNATURE

⑈063842⑈ ⑆021200025⑆ 2000011486488⑈

64

Post Date: 05/10/2013          Account: 2000011486488
Amount: $528.00                Routing & Transit: 21200025
Check No.: 63842               Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-05-18  12:30:47                    $528.00
ATM Terminal ID: B0043111
Transaction Sequence: 000842
CARD: 5262192080063313

004311100842 5833-0200  4968312741              28

Electronic Deposit Slip

Rear Image

Post Date: 05/20/2013   Account: 4968312741
Amount: $528.00         Routing & Transit: 583302005
Check No.: 4311100842   Acct of Deposit: 0



**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

63606

5/1/2013

PAY TO THE
ORDER OF   raul siancas

$ **528.00

Five Hundred Twenty-Eight and 00/100************************************************************ DOLLARS

raul siancas

MEMO

AUTHORIZED SIGNATURE

⑈063606⑈ ⑈021200025⑈ 2000011486488⑈

Post Date: 05/06/2013
Amount: $528.00
Check No.: 63606

Account: 2000011486488
Routing & Transit: 21200025
Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-05-10  18:28:55
ATM Terminal ID: B0043111
Transaction Sequence: 001158
CARD: 5262192080063313

$528.00

004311101158 5833-0200  4968312741                28

Electronic Deposit Slip

Rear Image

Post Date: 05/10/2013   Account: 4968312741
Amount: $528.00       Routing & Transit: 58330200S
Check No.: 4311101158  Acct of Deposit: O

## Electronic Deposit Image

DATE-TIME: 2013-04-26 18:49:20
ATM Terminal ID: B0043111
Transaction Sequence: 003332
CARD: 5262192080063313

$632.23

004311103332 5833-0200  4968312741          28

Electronic Deposit Slip

Rear Image

Post Date: 04/26/2013   Account: 4968312741
Amount: $632.23        Routing & Transit: 583302005
Check No.: 4311103332  Acct of Deposit: 0

63374

EXCLUSIVE DETAILING INC.
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

4/24/2013

PAY TO THE
ORDER OF      raul siancas                                $  **536.00

Five Hundred Thirty-Six and 00/100**************************************************** DOLLARS

raul siancas

MEMO                                          AUTHORIZED SIGNATURE

⑈063374⑈ ⑉021200025⑉ 200001148648⑈⑈



Post Date: 04/26/2013      Account: 200011486488
Amount: $536.00           Routing & Transit: 21200025
Check No.: 63374          Acct of Deposit: 13



63148

EXCLUSIVE DETAILING INC.
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

4/17/2013

PAY TO THE ORDER OF    raul siancas                                    $  **440.00

Four Hundred Forty and 00/100************************************************************  DOLLARS

raul siancas

MEMO                                                                   AUTHORIZED SIGNATURE

⑈063148⑈ ⑆021200025⑆ 2000011486488⑈

Post Date: 04/22/2013          Account: 2000011486488
Amount: $440.00               Routing & Transit: 21200025
Check No.: 63148              Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-04-26  18:49:20            $632.23
ATM Terminal ID: B0043111
Transaction Sequence: 003332
CARD: 5262192080063313

004311103332 5833-0200  4968312741              28

Electronic Deposit Slip

Rear Image

Post Date: 04/26/2013     Account: 4968312741
Amount: $632.23           Routing & Transit: 583302005
Check No.: 4311103332     Acct of Deposit: 0



62918

EXCLUSIVE DETAILING INC.
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

4/10/2013

PAY TO THE
ORDER OF   raul siancas                                      $ **512.00

Five Hundred Twelve and 00/100************************************************************************** DOLLARS

raul siancas

MEMO                                                        AUTHORIZED SIGNATURE

⑈06 29 18⑈ ⑈02 1 2000 25⑈ 2000011486488⑈

---

Post Date: 04/15/2013          Account: 2000011486488
Amount: $512.00                Routing & Transit: 21200025
Check No.: 62918               Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-04-22 17:26:06            $440.00
ATM Terminal ID: B0043111
Transaction Sequence: 001974
CARD: 5262192080063313

004311101974 5833-0200  4968312741            28

Electronic Deposit Slip

Rear Image

Post Date: 04/22/2013   Account: 4968312741
Amount: $440.00         Routing & Transit: 583302005
Check No.: 4311101974   Acct of Deposit: 0







**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

72326

1/22/2014

PAY TO THE
ORDER OF        raul siancas

$   **408.00

Four Hundred Eight and 00/100************************************************************************

DOLLARS

raul siancas

MEMO

AUTHORIZED SIGNATURE

⑈07232⑈  ⑈021200025⑈  20000114864884⑈

Post Date: 01/24/2014        Account: 2000011486488
Amount: $408.00              Routing & Transit: 21200025
Check No.: 72326             Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2014-01-31  17:22:14
ATM Terminal ID: B0043111
Transaction Sequence: 001428
CARD: 5262192080063313
Signer1: RAUL SIANCAS

$464.00

004311101428      5833-0200      4968312741      28

Electronic Deposit Slip

Rear Image

Post Date: 01/31/2014    Account: 4968312741
Amount: $464.00          Routing & Transit: 583302005
Check No.: 4311101428    Acct of Deposit: 0



**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

72388

1/29/2014

PAY TO THE
ORDER OF    raul slancas

$ **464.00

Four Hundred Sixty-Four and 00/100*************************************************************************    DOLLARS

raul slancas

MEMO

AUTHORIZED SIGNATURE

⑆072388⑆ ⑈021200025⑉ 2000011486488⑈

Post Date: 01/31/2014          Account: 2000011486488
Amount: $464.00                Routing & Transit: 21200025
Check No.: 72388               Acct of Deposit: 13



**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

71701

12/31/2013

PAY TO THE ORDER OF   raul siancas          $ **424.00

Four Hundred Twenty-Four and 00/100************************************************************   DOLLARS

raul siancas

MEMO

AUTHORIZED SIGNATURE

⑈071701⑈ ⑆021200025⑆ 2000011486488⑈

---

Post Date: 01/06/2014
Amount: $424.00
Check No.: 71701

Account: 2000011486488
Routing & Transit: 21200025
Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2014-01-10  17:30:44
ATM Terminal ID: B0043111
Transaction Sequence: 002493
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$280.00**

004311102493    5833-0200    4968312741    28

Electronic Deposit Slip

Rear Image

Post Date: 01/10/2014   Account: 4968312741
Amount: $280.00       Routing & Transit: 583302005
Check No.: 4311102493   Acct of Deposit: 0

# Electronic Deposit Image

DATE-TIME: 2013-12-27 17:23:11
ATM Terminal ID: B0043111
Transaction Sequence: 004223
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$424.00**

004311104223        5833-0200        4968312741        28

## Electronic Deposit Slip

## Rear Image

Post Date: 12/27/2013    Account: 4968312741
Amount: $424.00         Routing & Transit: 583302005
Check No.: 4311104223   Acct of Deposit: 0



71309

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

12/26/2013

PAY TO THE
ORDER OF        raul siancas                                $ **424.00

Four Hundred Twenty-Four and 00/100************************************************************ **DOLLARS**

raul siancas

MEMO                                                        AUTHORIZED SIGNATURE

⑈071309⑈ ⑆021200025⑇ 2000011486488⑈



Post Date: 12/27/2013          Account: 2000011486488
Amount: $424.00                Routing & Transit: 21200025
Check No.: 71309               Acct of Deposit: 13



64

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

12/11/2013

PAY TO THE
ORDER OF    raul siancas                                        $   **512.00

Five Hundred Twelve and 00/100************************************************************  DOLLARS

raul siancas

MEMO                                                           AUTHORIZED SIGNATURE

⑈071071⑈ ⑈021200025⑈ 20000114864880⑈

Post Date: 12/13/2013          Account: 2000011486488
Amount: $512.00                Routing & Transit: 21200025
Check No.: 71071               Acct of Deposit: 0

# Electronic Deposit Image

$512.00

DATE-TIME: 2013-07-20  15:53:17
ATM Terminal ID: B0043111
Transaction Sequence: 002311
CARD: 5262192080063313
Signer1: RAUL SIANCAS

004311102311    5833-0200    4968312741    28

Electronic Deposit Slip

Rear Image

Post Date: 07/22/2013    Account: 4968312741
Amount: $512.00        Routing & Transit: 583302005
Check No.: 4311102311   Acct of Deposit: 0



66224

EXCLUSIVE DETAILING INC.
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

7/17/2013

PAY TO THE
ORDER OF    raul siancas                                    $  **512.00

Five Hundred Twelve and 00/100********************************************************  DOLLARS

raul siancas

MEMO                                                        AUTHORIZED SIGNATURE

⑈066224⑈ ⑈021200025⑈ 20000114486488⑈

Post Date: 07/22/2013       Account: 2000011486488
Amount: $512.00            Routing & Transit: 21200025
Check No.: 66224           Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-07-27 16:01:39
ATM Terminal ID: B0043111
Transaction Sequence: 005381
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$512.00**

004311105381    5833-0200    4968312741    28

Electronic Deposit Slip

Rear Image



Post Date: 07/29/2013   Account: 4968312741
Amount: $512.00        Routing & Transit: 583302005
Check No.: 4311105381   Acct of Deposit: 0

66405

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

7/24/2013

PAY TO THE
ORDER OF   raul siancas            $ **512.00

Five Hundred Twelve and 00/100************************************************************** DOLLARS

raul siancas

MEMO                              AUTHORIZED SIGNATURE

⑈066405⑈ ⑆021200025⑆ 2000011486488⑈

Post Date: 07/29/2013       Account: 2000011486488
Amount: $512.00              Routing & Transit: 21200025
Check No.: 66405             Acct of Deposit: 13



**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

66703

7/31/2013

PAY TO THE
ORDER OF      raul siancas

$  **504.00

Five Hundred Four and 00/100*********************************************************************  DOLLARS

raul siancas

MEMO

AUTHORIZED SIGNATURE

⑈066703⑈ ⑈021200025⑈ 2000011486488⑈

Post Date: 08/02/2013      Account: 2000011486488
Amount: $504.00            Routing & Transit: 21200025
Check No.: 66703           Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-08-03  20:54:31
ATM Terminal ID: B0043111
Transaction Sequence: 006830
CARD: 5262192080063313
Signer1: RAUL SIANCAS

$169.56

004311106830      5833-0200      4968312741      28

Electronic Deposit Slip

Rear Image

Post Date: 08/05/2013    Account: 4968312741
Amount: $169.56          Routing & Transit: 583302005
Check No.: 4311106830    Acct of Deposit: 0



66900

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

8/7/2013

PAY TO THE
ORDER OF    raul siancas

$  **352.00

Three Hundred Fifty-Two and 00/100************************************************************   DOLLARS

raul siancas

MEMO                                                    AUTHORIZED SIGNATURE

⑈"066900⑈"  ⑈0 2 1 2000 2 5⑈"  20000 1 1486488⑈"

44

---

Post Date: 08/09/2013        Account: 2000011486488
Amount: $352.00              Routing & Transit: 21200025
Check No.: 66900             Acct of Deposit: 13

---

## Electronic Deposit Image

DATE-TIME: 2013-08-11 09:38:36
ATM Terminal ID: B0043111
Transaction Sequence: 003740
CARD: 5262192080063313
Signer1: RAUL SIANCAS

$107.39

004311103740    5833-0200    4968312741    28

---

Electronic Deposit Slip

Rear Image

Post Date: 08/12/2013   Account: 4968312741
Amount: $107.39          Routing & Transit: 583302005
Check No.: 4311103740    Acct of Deposit: 0

# Electronic Deposit Image

DATE-TIME: 2013-08-24  16:19:16
ATM Terminal ID: B0043111
Transaction Sequence: 001728
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$448.00**

004311101728    5833-0200    4968312741    28

Electronic Deposit Slip

Rear Image

Post Date: 08/26/2013    Account: 4968312741
Amount: $448.00         Routing & Transit: 583302005
Check No.: 4311101728    Acct of Deposit: 0

67433

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

8/20/2013

PAY TO THE
ORDER OF     raul siancas

$  **448.00

Four Hundred Forty-Eight and 00/100**********************************************************************  DOLLARS

raul siancas

MEMO

AUTHORIZED SIGNATURE

⑈"06 7433"  ⑆:0 21 2000 25⑆:  20000 1 1486488"

Post Date: 08/26/2013       Account: 2000011486488
Amount: $448.00            Routing & Transit: 21200025
Check No.: 67433            Acct of Deposit: 13



# Electronic Deposit Image

DATE-TIME: 2013-08-31  20:49:06
ATM Terminal ID: B0043111
Transaction Sequence: 006681
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$512.00**

004311106681     5833-0200     4968312741     28

Electronic Deposit Slip

Rear Image

Post Date: 09/03/2013    Account: 4968312741
Amount: $512.00         Routing & Transit: 583302005
Check No.: 4311106681   Acct of Deposit: 0

67626

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

8/28/2013

PAY TO THE
ORDER OF    raul siancas                              $  **512.00

Five Hundred Twelve and 00/100**················································································  DOLLARS

raul siancas

MEMO                                                    AUTHORIZED SIGNATURE

⑈067626⑈  ⑆021200025⑆  2000011486488⑈



Post Date: 09/03/2013           Account: 2000011486488
Amount: $512.00                 Routing & Transit: 21200025
Check No.: 67626                Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-09-07 16:52:57
ATM Terminal ID: B0043111
Transaction Sequence: 005146
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$352.00**

004311105146     5833-0200     4968312741     28

Electronic Deposit Slip

Rear Image

Post Date: 09/09/2013    Account: 4968312741
Amount: $352.00        Routing & Transit: 583302005
Check No.: 4311105146    Acct of Deposit: 0

67907

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

9/4/2013

PAY TO THE
ORDER OF    raul siancas                              $  **352.00

Three Hundred Fifty-Two and 00/100**************************************************** DOLLARS

raul siancas

MEMO                                      AUTHORIZED SIGNATURE

⑈06790 7⑈  ⑆02120002 5⑆  2000011486488⑈

Post Date: 09/09/2013        Account: 2000011486488
Amount: $352.00            Routing & Transit: 21200025
Check No.: 67907            Acct of Deposit: 13

# Electronic Deposit Image

$512.00

DATE-TIME: 2013-09-12 19:54:31
ATM Terminal ID: B0043111
Transaction Sequence: 001567
CARD: 5262192080063313
Signer1: RAUL SIANCAS

004311101567      5833-0200      4968312741      28

Electronic Deposit Slip

Rear Image

Post Date: 09/12/2013   Account: 4968312741
Amount: $512.00        Routing & Transit: 583302005
Check No.: 4311101567  Acct of Deposit: 0

68063

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

9/11/2013

PAY TO THE
ORDER OF     raul siancas                                          $  **512.00

Five Hundred Twelve and 00/100•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••   DOLLARS

raul siancas

MEMO                                                      AUTHORIZED SIGNATURE

⑈068063⑈ ⑆021200025⑆ 20000114864888⑈



Post Date: 09/12/2013          Account: 2000011486488
Amount: $512.00                Routing & Transit: 21200025
Check No.: 68063               Acct of Deposit: 13

# Electronic Deposit Image

DATE-TIME: 2013-09-20 17:22:23
ATM Terminal ID: B0043111
Transaction Sequence: 003027
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$512.00**

004311103027    5833-0200    4968312741    28

Electronic Deposit Slip

Rear Image

Post Date: 09/20/2013   Account: 4968312741
Amount: $512.00          Routing & Transit: 583302005
Check No.: 4311103027    Acct of Deposit: 0

68363

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

9/18/2013

PAY TO THE
ORDER OF   raul siancas                               $  **512.00

Five Hundred Twelve and 00/100********************************************************************    DOLLARS

raul siancas

MEMO                                                      AUTHORIZED SIGNATURE

⑈068363⑈ ⑆021200025⑈ 20000114864888⑈



Post Date: 09/20/2013      Account: 2000011486488
Amount: $512.00            Routing & Transit: 21200025
Check No.: 68363           Acct of Deposit: 13

# Electronic Deposit Image

DATE-TIME: 2013-09-28  07:55:36
ATM Terminal ID: B0043111
Transaction Sequence: 003598
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$424.00**

004311103598     5833-0200     4968312741     28

Electronic Deposit Slip

Rear Image

Post Date: 09/30/2013     Account: 4968312741
Amount: $424.00          Routing & Transit: 583302005
Check No.: 4311103598    Acct of Deposit: 0

68565

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

9/25/2013

PAY TO THE
ORDER OF     raul siancas

$ **424.00

Four Hundred Twenty-Four and 00/100************************************************************     **DOLLARS**

raul siancas

MEMO                                                                     AUTHORIZED SIGNATURE

⑈068565⑈ ⑆021200025⑆ 2000011486488⑈

Post Date: 09/30/2013          Account: 2000011486488
Amount: $424.00                Routing & Transit: 21200025
Check No.: 68565               Acct of Deposit: 13

# Electronic Deposit Image

DATE-TIME: 2013-10-04  17:37:23
ATM Terminal ID: B0043111
Transaction Sequence: 002458
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$512.00**

004311102458     5833-0200     4968312741     28

Electronic Deposit Slip

Rear Image

Post Date: 10/04/2013     Account: 4968312741
Amount: $512.00           Routing & Transit: 583302005
Check No.: 4311102458     Acct of Deposit: 0

68787

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

10/2/2013

PAY TO THE
ORDER OF     raul siancas                              $  **512.00

Five Hundred Twelve and 00/100*********************************************** DOLLARS

raul siancas

MEMO                                              AUTHORIZED SIGNATURE

⑈068787⑈ ⑆021200025⑆ 2000011486488⑈

Post Date: 10/04/2013          Account: 2000011486488
Amount: $512.00                Routing & Transit: 21200025
Check No.: 68787               Acct of Deposit: 13

# Electronic Deposit Image

DATE-TIME: 2013-10-11  18:12:58
ATM Terminal ID: B0043111
Transaction Sequence: 002305
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$440.00**

004311102305    5833-0200    4968312741    28

Electronic Deposit Slip

Rear Image

Post Date: 10/11/2013    Account: 4968312741
Amount: $440.00          Routing & Transit: 583302005
Check No.: 4311102305    Acct of Deposit: 0



68969

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

10/9/2013

PAY TO THE
ORDER OF      raul siancas                                          $  **440.00

Four Hundred Forty and 00/100************************************************************  DOLLARS

raul siancas

MEMO                                                    AUTHORIZED SIGNATURE

⑈068969⑈ ⑆021200025⑆ 200001148648⑈



Post Date: 10/11/2013      Account: 2000011486488
Amount: $440.00            Routing & Transit: 21200025
Check No.: 68969           Acct of Deposit: 13

# Electronic Deposit Image

DATE-TIME: 2013-10-19  18:12:43
ATM Terminal ID: B0043111
Transaction Sequence: 003732
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$424.00**

004311103732    5833-0200    4968312741    28

Electronic Deposit Slip

Rear Image

Post Date: 10/21/2013    Account: 4968312741
Amount: $424.00    Routing & Transit: 583302005
Check No.: 4311103732    Acct of Deposit: 0



69294

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

10/16/2013

PAY TO THE
ORDER OF    raul siancas    $ *424.00

Four Hundred Twenty-Four and 00/100**********************************************************    DOLLARS

raul siancas

MEMO

AUTHORIZED SIGNATURE

⑆0692940⑆ ⑆021200025⑆ 20000114864880⑆



Post Date: 10/21/2013    Account: 2000011486488
Amount: $424.00    Routing & Transit: 21200025
Check No.: 69294    Acct of Deposit: 13

# Electronic Deposit Image

$512.00

DATE-TIME: 2013-10-26  16:43:12
ATM Terminal ID: B0043111
Transaction Sequence: 002331
CARD: 5262192080063313
Signer1: RAUL SIANCAS

004311102331     5833-0200     4968312741     28

Electronic Deposit Slip

Rear Image

Post Date: 10/28/2013    Account: 4968312741
Amount: $512.00        Routing & Transit: 583302005
Check No.: 4311102331   Acct of Deposit: 0



EXCLUSIVE DETAILING INC.
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

69483

10/23/2013

PAY TO THE ORDER OF    raul siancas                                     $  **512.00

Five Hundred Twelve and 00/100********************************************************** DOLLARS

raul siancas

MEMO                                                AUTHORIZED SIGNATURE

⑈06948 3⑈ ⑈02 12000 25⑈ 20000 11486488⑈

Post Date: 10/28/2013           Account: 2000011486488
Amount: $512.00                 Routing & Transit: 21200025
Check No.: 69483                Acct of Deposit: 13

## Electronic Deposit Image

$512.00

DATE-TIME: 2013-11-01 19:14:22
ATM Terminal ID: B0043111
Transaction Sequence: 001615
CARD: 5262192080063313
Signer1: RAUL SIANCAS

004311101615    5833-0200    4968312741    28

Electronic Deposit Slip

Rear Image

Post Date: 11/01/2013    Account: 4968312741
Amount: $512.00    Routing & Transit: 583302005
Check No.: 4311101615    Acct of Deposit: 0

69682

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

10/30/2013

PAY TO THE
ORDER OF    raul siancas                                    $  **512.00

Five Hundred Twelve and 00/100************************************************************ DOLLARS

raul siancas

MEMO                                                    AUTHORIZED SIGNATURE

⑈"069682⑈  ⑆:021200025⑆:  2000011486488⑈"



Post Date: 11/01/2013    Account: 2000011486488
Amount: $512.00    Routing & Transit: 21200025
Check No.: 69682    Acct of Deposit: 13

## Electronic Deposit Image

$512.00

DATE-TIME: 2013-11-08 18:25:15
ATM Terminal ID: B0043111
Transaction Sequence: 001164
CARD: 5262192080063313
Signer1: RAUL SIANCAS

004311101164      5833-0200      4968312741      28

Electronic Deposit Slip

Rear Image

Post Date: 11/08/2013   Account: 4968312741
Amount: $512.00        Routing & Transit: 583302005
Check No.: 4311101164  Acct of Deposit: 0

69796

EXCLUSIVE DETAILING INC.
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

11/6/2013

PAY TO THE
ORDER OF      raul siancas                                    $  **512.00

Five Hundred Twelve and 00/100***********************************************************  DOLLARS

raul siancas

MEMO                                                          AUTHORIZED SIGNATURE

⑆069796⑆ ⑆021200025⑈ 200001148648 8⑆



Post Date: 11/08/2013         Account: 2000011486488
Amount: $512.00               Routing & Transit: 21200025
Check No.: 69796              Acct of Deposit: 13

## Electronic Deposit Image

DATE-TIME: 2013-11-17 20:42:43
ATM Terminal ID: B0043111
Transaction Sequence: 002314
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$424.00**

004311102314    5833-0200    4968312741    28

Electronic Deposit Slip

Rear Image

Post Date: 11/18/2013    Account: 4968312741
Amount: $424.00    Routing & Transit: 583302005
Check No.: 4311102314    Acct of Deposit: 0

70184

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

11/13/2013

PAY TO THE
ORDER OF    raul siancas

$  **424.00

Four Hundred Twenty-Four and 00/100************************************************************    DOLLARS

raul siancas

MEMO                                                                AUTHORIZED SIGNATURE

⑈070184⑈ ⑆021200025⑈ 2000011486488⑈

Post Date: 11/18/2013
Amount: $424.00
Check No.: 70184

Account: 2000011486488
Routing & Transit: 21200025
Acct of Deposit: 13

# Electronic Deposit Image

DATE-TIME: 2013-11-30  15:58:07
ATM Terminal ID: B0043111
Transaction Sequence: 001983
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$516.00**

004311101983    5833-0200    4968312741    28

## Electronic Deposit Slip

### Rear Image

Post Date: 12/02/2013    Account: 4968312741
Amount: $516.00          Routing & Transit: 583302005
Check No.: 4311101983    Acct of Deposit: 0

70637

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

11/27/2013

PAY TO THE ORDER OF    raul siancas                          $ **516.00

Five Hundred Sixteen and 00/100******************************************************    DOLLARS

raul siancas

MEMO ~~~~~~~05-13

AUTHORIZED SIGNATURE

⑈070637⑈ ⑆021200025⑆ 20000114864888⑈

Post Date: 12/02/2013          Account: 2000011486488
Amount: $516.00                Routing & Transit: 21200025
Check No.: 70637               Acct of Deposit: 13

# Electronic Deposit Image

DATE-TIME: 2013-11-22 18:25:01
ATM Terminal ID: B0043111
Transaction Sequence: 000978
CARD: 5262192080063313
Signer1: RAUL SIANCAS

**$516.00**

004311100978     5833-0200     4968312741     28

Electronic Deposit Slip

Rear Image

Post Date: 11/22/2013     Account: 4968312741
Amount: $516.00           Routing & Transit: 583302005
Check No.: 4311100978     Acct of Deposit: 0

70404

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

11/20/2013

PAY TO THE
ORDER OF     raul siancas                                    $  **516.00

Five Hundred Sixteen and 00/100********************************************************     DOLLARS

raul siancas

MEMO                                                         AUTHORIZED SIGNATURE
45-12

⑈070404⑈ ⑆021200025⑆ 20000114864881⑈

Post Date: 11/22/2013     Account: 2000011486488
Amount: $516.00           Routing & Transit: 21200025
Check No.: 70404          Acct of Deposit: 13

Check No.: 71187                    Acct of Deposit: 0



71195

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.
55-2-212

12/18/2013

PAY TO THE
ORDER OF        raul siancas                                         $   **512.00

Five Hundred Twelve and 00/100********************************************************        DOLLARS

        raul siancas

MEMO                                                    AUTHORIZED SIGNATURE

⑈07⑈195⑈  ⑊021200025⑊  20000⑈⑈486488⑈

Post Date: 12/20/2013              Account: 2000011486488
Amount: $512.00                    Routing & Transit: 21200025
Check No.: 71195                   Acct of Deposit: 0

Post Date: 12/06/2013
Amount: $572.00
Check No.: 70848

Account: 2000011486488
Routing & Transit: 21200025
Acct of Deposit: 0



70857

**EXCLUSIVE DETAILING INC.**
5 EVERETT COURT
WEST CALDWELL, NJ 07006

Wells Fargo, N.A.

55-2-212

12/4/2013

PAY TO THE
ORDER OF    raul siancas

$  **424.00

Four Hundred Twenty-Four and 00/100******************************************************    DOLLARS

raul siancas

MEMO                                                                          AUTHORIZED SIGNATURE

⑈070857⑈ ⑈021200025⑈ 2000011486488⑈

53



Post Date: 12/06/2013
Amount: $424.00
Check No.: 70857

Account: 2000011486488
Routing & Transit: 21200025
Acct of Deposit: 0





Post Date: 04/04/2013     Account: 2000011486488
Amount: $536.00          Routing & Transit: 21200025
Check No.: 62587         Acct of Deposit: 0

## Electronic Deposit Image

DATE-TIME: 2013-04-10 22:21:22          $124.65
ATM Terminal ID: B0043111
Transaction Sequence: 002015
CARD: 5262192080063313

004311102015 5833-0200  4968312741          28

Electronic Deposit Slip

Rear Image

Post Date: 04/10/2013     Account: 4968312741
Amount: $124.65          Routing & Transit: 583302005
Check No.: 4311102015     Acct of Deposit: 0