FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 11 2015   ★

## CONSENT TO JOIN

LONG ISLAND OFFICE

**Important:**
This form must be completed and returned so that it is received by
**August 15, 2015**

I hereby consent to join the lawsuit against the Rallye Defendants and Exclusive Detailing, Inc. (EDNY Case No. 14-CV-6151), for overtime violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

_Belly odria_   06-08-2015
Signature   Date

_Billy odria_
Print Name

_19 Janet Ln_
Address (with apartment number if applicable)

_Glen Cove   NY   11542_
City, Sate, Zip Code

_____   _571-406-8943_
Home Phone   Cell Phone

_Billyodria@gmail.com_
E-Mail Address

_Maria Pizarro   516-234-2872_
Emergency Contact (in case we lose contact with you)

**Mail to:**   Clerk of the Court
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

6

US POSTAGE $00.48
Mailed From 11542
06/09/2015
031A 0002183134

MID-ISLAND
MAY 7 17
09 JUN '15
PM 2:1

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 11 2015 ★
LONG ISLAND OFFICE

11722443600

Steven J. Moser, P.C.
Attorney At Law
3 School St. Suite 207B
Glen Cove, NY 11542-2554

Clerk of the Court
United States District Court
for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722