```
                                                    F I L E D
                                              IN CLERK'S OFFICE
                                          U.S. DISTRICT COURT E.D.N.Y.

                                          ★    JUN 11 2015    ★
```

# CONSENT TO JOIN

LONG ISLAND OFFICE

**Important:**
This form must be completed and returned so that it is received by
**August 15, 2015**

I hereby consent to join the lawsuit against the Rallye Defendants and Exclusive Detailing, Inc. (EDNY Case No. 14-CV-6151), for overtime violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

__Jose Alexander Rivera Rapalo__
Signature                            Date

__Jose Alexander Rivera Rapalo__
Print Name

__30 Continental PL__
Address (with apartment number if applicable)

__Glen Cove, NY 11542__
City, Sate, Zip Code

_____    __516 304 6026__
Home Phone            Cell Phone

__alexanderrivera2020@gmail.com__
E-Mail Address

__Edgar  516 817 9674__
Emergency Contact (in case we lose contact with you)

**Mail to:**   Clerk of the Court
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

US POSTAGE $00.48
Mailed From 11542
06/09/2015
031A 0002183134

MID-ISLAND
NY 117
09 JUN '15
PM 1 L

USMS

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 11 2015 ★
LONG ISLAND OFFICE

Steven J. Moser, P.C.
Attorney At Law
3 School St. Suite 207B
Glen Cove, NY 11542-2554

Clerk of the Court
United States District Court
for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

11722443800