**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 15 2015 ★

LONG ISLAND OFFICE

## CONSENT TO JOIN

**Important:**
This form must be completed and returned so that it is received by
**August 15, 2015**

I hereby consent to join the lawsuit against the Rallye Defendants and Exclusive Detailing, Inc. (EDNY Case No. 14-CV-6151), for overtime violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

_Edilberto Munguia_     6/10/15
Signature                Date

EDILBERTO MUNGUIA ORTIZ
Print Name

20 CRAFT AVE
Address (with apartment number if applicable)

GLEN COVE, NY 11542
City, Sate, Zip Code

                516 - 479 - 4037
Home Phone      Cell Phone


E-Mail Address

DELMI LOPEZ   516- 317- 9986
Emergency Contact (in case we lose contact with you)

**Mail to:**   Clerk of the Court
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

6