

## CONSENT TO JOIN   LONG ISLAND OFFICE

**Important:**
This form must be completed and returned so that it is received by
August 15, 2015

I hereby consent to join the lawsuit against the Rallye Defendants and Exclusive Detailing, Inc. (EDNY Case No. 14-CV-6151), for overtime violations under the Fair Labor Standards Act, 29 ~~U.S.C. § 201 et seq.~~

_orlin Maldonado_
**Signature**                                **Date**
                                              9/06/15
**Print Name**
_orlin Maldonado_
**Address (with apartment number if applicable)**
_contruccion_
**City, Sate, Zip Code**
_3791 32Nd ST Detroit, MI 48210_
**Home Phone**         **Cell Phone**
_Lucila 8328639603) 5164691812_
**E-Mail Address**

_____
Emergency Contact (in case we lose contact with you)

**Mail to:**   Clerk of the Court
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

6

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 15 2015   ★

LONG ISLAND OFFICE

## AUTORIZACIÓN PARA UNIRSE A LA DEMANDA

**Importante:**
**Este formulario se debe llenar y enviar de modo que lo reciba antes del**
**15 De Agosto 2015**

Por el presente, acepto unirme a la demanda contra los Demandados de Rallye y Exclusive Detailing, Inc. (N.° de caso de EDNY 14-CV-6151), por infracciones de horas extra conforme a la Fair Labor Standards Act (Ley de Normas Laborales Justas), Título 29 del Código de los Estados Unidos, artículos 201 y siguientes.

*Orlin Maldonado*
Firma                                   Fecha

                                        9/06/15
Nombre en Letra de Imprenta

*Orlin Maldonado*
Domicilio (con número de apartamento si corresponde)

*Contruccion*
Ciudad, Estado, Código Postal

*3791 32Nd ST Detroit, MI 48210*
Teléfono de la casa      Teléfono celular

*Lucila 8328639603 516 4691812*
Dirección de correo electrónico

_____
Contacto en caso de emergencia (en caso de que perdamos contacto con usted)

**Enviar por correo a:**   Clerk of the Court
                           United States District Court for the Eastern District of New York
                           100 Federal Plaza
                           Central Islip, New York  11722