## CONSENT TO JOIN

**Important:**
This form must be completed and returned so that it is received by
**August 15, 2015**

I hereby consent to join the lawsuit against the Rallye Defendants and Exclusive Detailing, Inc. (EDNY Case No. 14-CV-6151), for overtime violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

_____   6-22-15
Signature                                                     Date

ROSSEBEL LOBO RIVERA
Print Name

986 BROADWAY
Address (with apartment number if applicable)

WESTBURY NY 11590
City, State, Zip Code

REDACTED

H

E

Emergency Contact (in case we lose contact with you)

**Mail to:**     Clerk of the Court
                United States District Court for the Eastern District of New York
                100 Federal Plaza
                Central Islip, New York 11722

6