| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>             U.S. MAGISTRATE JUDGE | DATE: 7/9/2015<br>TIME: 10:30 am |

CASE:  **CV 14-6151(JS) Siancas v. Rallye Motors, LLC et al**

TYPE OF CONFERENCE:    MOTION          FTR: 10:58-11:11

APPEARANCES:
         For Plaintiff:   Steven Moser

         For Defendant: James McGrath (Rallye Motors)
                        Michael Chong


**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☒    Other: Plaintiff's motion for a status conference, a tolling of the opt-in period, and related relief as set forth on the record, DE [86], is granted in part and denied in part as follows. The motion for a conference is granted.  The deposition of the principal of Defendant Exclusive Detailing Inc. is scheduled for August 9, 2015 at a time and location as Plaintiffs shall reasonably designate.  This date may be changed only upon an agreement of all parties and must take place no later than August 31, 2015.  The subject of the deposition will be factual issues as they concern the scope of the collective-class.  This definition of the "subject" should be treated broadly.  The motion for a tolling of the opt-in period is denied without prejudice to renew after the deposition.  Any such motion should be specific as the proposed dates of the tolling period and the parties are reminded of their obligation to meet and confer before any such motion is made.  The parties will appear for a status conference on September 3, 2015 at 2pm in Courtroom 820.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      9/3/15 @ 2:00 pm                      : Status conference


                                    SO ORDERED

                                     /s/Steven I. Locke
                                    STEVEN I. LOCKE
                                    United States Magistrate Judge