STEVEN J. MOSER, P.C.
Steven John Moser (SM1133)
3 School Street, Suite 207B
Glen Cove, New York  11542
Telephone (516) 671-1150
Fax: (516) 882-5420

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Raul Siancas, individually and on behalf of all others similarly situated

                              Plaintiffs,

-against-

Rallye Motors, LLC, Rallye Motors Holding LLC, Rallye Glen Cove, LLC, Rallye Northern, LLC, Rallye Roslyn, LLC, Rallye Roslyn Holding, LLC, Rallye Westbury, LLC, and Exclusive Detailing, Inc.,

                              Defendants.

**14-cv-4541 (JS)(SIL)**

**MOTION FOR LEAVE TO AMEND COMPLAINT**

      PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiff's Motion to Amend the Complaint, and the proposed First Amended Complaint annexed hereto as Exhibit 1 and dated September 11, 2015, Plaintiffs will move this Court, before the Honorable Joanna Seybert, USDJ pursuant to Rules 15 and 21 of the Federal Rules of Civil Procedure, on a date to be set by the Court, for an order permitting the service and filing of the First Amended Complaint.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the Eastern District of New York, answering papers, if any, are to be served two weeks after receipt of the moving papers on this motion, with reply papers, if any, to be served one week later.

Dated:  September 25, 2015
        Glen Cove, New York

- 2 -

                                            STEVEN J. MOSER, P.C.

By: _____
Steven John Moser (SM1133)
3 School Street, Suite 207B
Glen Cove, New York  11542
Telephone (516) 671-1150
Fax: (516) 882-5420

- 2 -