UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAUL SIANCAS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Rallye Motors, LLC, Rallye Motors Holding LLC, Rallye Leasing, Inc., Rallye Glen Cove, LLC, Rallye Northern, LLC, Rallye Roslyn, LLC, Rallye Roslyn Holding, LLC, Rallye Westbury, LLC, and Exclusive Detailing, Inc.<br><br>Defendants. | **AFFIDAVIT OF COUNSEL**<br><br>2:14-CV-06151-JS-SIL |

I, MICHAEL K. CHONG, ESQ., declare the following, pursuant to 28 USC § 1746, under penalty of perjury:

1. I am an attorney at law, admitted to practice in the United States District Court for the Eastern District of New York, and the attorney for defendant Exclusive Detailing, Inc. ("Defendant" or "EDI") in this action. As such, I have knowledge of the facts set forth herein.

2. I submit this Certification in support of Defendant's opposition to Plaintiffs' Motion for Leave to Amend Complaint to add Lisa Agoila as a defendant.

3. On September 11, 2015, Plaintiffs served Defendant EDI a proposed First Amended Complaint.

4. In Plaintiffs' Proposed Amended Complaint, Plaintiffs allege that Lisa Agolia is a shareholder, officer and employee of Defendant EDI. Plaintiffs further allege that her involvement with Defendant EDI classifies her as an employer under the Federal Labor

1

Standards ("FLSA"). As a result, Plaintiffs seek to add Lisa Agolia as a Defendant in this action.

5. Attached hereto as **Exhibit A** is a copy of the relevant portions of Michael Agolia's deposition testimony from September 28, 2015.

6. Attached hereto as **Exhibit B** is a copy of the relevant portions of Carl Del Almeida's (improperly transcribed as "Carl Dealmeida") deposition testimony from September 28, 2015.

7. The attached deposition testimony from September 28, 2015 of Michael Agoila and Carl Del Almeida establish that Lisa Agoila was merely a part time employee of EDI, who worked from home to help her husband Michael Agoila's business, and that she was not an employer under the FLSA or NYLL.

Dated: November 4, 2015.

Respectfully Submitted,

Law Offices of Michael K. Chong, LLC

*Michael K. Chong*
Michael K. Chong, Esq.
*Attorney for Defendant*

300 Hudson Street, Ste. 10
Hoboken, NJ 07030
Ph#: (201) 203-7476
Fx#: (201) 708-6676

2 Executive Drive, Ste. 720
Fort Lee, NJ 07024
Ph#: (201) 708-6675
Fx#: (201) 708-6676

1250 Broadway, 36th Floor, Ste. 300
New York, NY 10001
Ph#: (212) 726-1104
Fx#: (212) 726-3104
mkchong@mkclawgroup.com