| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>        U.S. MAGISTRATE JUDGE | DATE: 11/12/15<br>TIME: 11:00 am |

CASE:  **CV 14-6151(JS) Siancas v. Rallye Motors, LLC et al**

TYPE OF CONFERENCE:  MOTION           FTR: 11:39-12:32

APPEARANCES:
    For Plaintiff:   Steven Moser

    For Defendant: James McGrath (Rallye)
                   Michael Chong (Exclusive)


**THE FOLLOWING RULINGS WERE MADE:**

☒    Other:   For the reasons set forth on the record, Plaintiffs' motion to compel DE [97] is granted and the EDI Defendants will respond to Plaintiff's Interrogatories in total and without objection on or before December 14, 2015.  With respect to Interrogatory 4, the years at issue should be 2012-2015.  The EDI Defendants will also respond to Plaintiff's Request for Production of Documents without objection on or before December 14, 2015.  Each responsive document will be bates stamped and Defendants will identify by bates stamp number of each document that is responsive to each request.

For the reasons set forth on the record, Plaintiffs' motion to compel DE [98] is granted.  The EDI Defendants will produce the responsive information on or before December 14, 2015.

Plaintiff's motion to compel DE [106] is voluntarily withdrawn without prejudice.  Plaintiffs will serve their fully briefed form of the same motion on or before December 18, 2015.  Opposition papers will be served on or before January 8, 2016.  Reply papers will be served on or before January 22, 2016.  The motion papers will be bundled on filed only after the motion is fully briefed on or before January 22, 2016.


                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge