```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
RAUL SIANCAS,

                Plaintiff,

     -against-                              REFERRAL ORDER
                                            14-CV-6151(JS)(SIL)
RALLYE MOTORS, LLC, ET AL.,

                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Steven Moser, Esq.
                    3 School St. #207B
                    Glen Cove, NY 11542

For Defendants:     James McGrath,III, Esq.
                    Melissa Stannard, Esq.
                    Putney Twombly Hall & Hirson
                    521 5th Ave. 10th Fl.
                    New York, NY 10175
```

SEYBERT, District Judge:

Plaintiff's motion to amend (Docket Entry 99) is REFERRED to Magistrate Judge Steven I. Locke pursuant to Rule 72(a) of the Federal Rules of Civil Procedure for DECISION. See Fielding v. Tollaksen, 510 F.3d 175, 178 (2d Cir. 2007) ("As a matter of case management, a district judge may refer nondispositive motions, such as a motion to amend the complaint, to a magistrate judge for decision without the parties' consent."); Dollar Phone Corp. v. St. Paul Fire, No. 09-CV-1640, 2011 WL 837793, at *1 (E.D.N.Y. Mar. 4, 2011) (collecting cases); see also Pagano v. Frank, 983 F.2d 343, 346 (1st Cir. 1993); Hall v. Norfolk S. Ry. Co., 469 F.3d 590, 595 (7th Cir. 2006). The parties are directed to address all future

filings related to this motion to Judge Locke.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: November  12 , 2015
       Central Islip, New York