

December 17, 2015

*VIA ECF*

Hon. Steven I. Locke, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722-9014

      Re:    *Siancas v. Rallye Motors, Et al.,* **14-cv-6151 (JS)(SIL)**

Dear Judge Locke:

      I represent the Plaintiffs.  All parties hereby jointly request a settlement conference in the above referenced matter.  We are conferring and will provide three dates to the Court on which all parties are available for the conference.

      The Plaintiffs' contempt motion/motion to reopen the opt-in period is also due today.  The parties have agreed to and jointly request a stay of motion practice pending the outcome of the discovery conference.

      Respectfully submitted,

      Steven John Moser

cc:    Michael Chong (via ECF)
       James McGrath III (via ECF)
       Melissa Stannard (via ECF)