Fill in this information to identify your case:

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number (if known) 16-13291

Chapter you are filing under:
■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2016 FEB 24 PM 12:18
JAMES J. WALDRON
BY: C. Richards
DEPUTY CLERK

```
Case # : 16-13291-7+
Debtor.: MICHAEL JOSEPH AGOLIA
Chapter: 7+
---------------------------------
Filed  : February 24, 2016  15:11:43
Deputy : CAMMY GINGERELLI
Receipt: 528371
Amount : $335.00
---------------------------------
RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
District Of New Jersey
```

## Official Form 101
## Voluntary Petition for Individuals Filing

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone case—and in joint cases, these forms use you to ask for information from would be yes if either debtor owns a car. When information is needed about between them. In joint cases, one of the spouses must report information all of the forms.

Be as complete and accurate as possible. If two married people are filing more space is needed, attach a separate sheet to this form. On the top of every question.

### Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Michael**<br>First name<br><br>**Joseph**<br>Middle name<br><br>**Agolia**<br>Last name and Suffix (Sr., Jr., II, III) | **Lisa**<br>First name<br><br>Middle name<br><br>**Rossi**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. All other names you have used in the last 8 years<br>Include your married or maiden names. | | |
| 3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-1459 | xxx-xx-0979 |

Paid $335.00

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 1