# No match found

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/01/2016 09:13:26 | | | |
| PACER Login: | sm6628 | Client Code: | |
| Description: | Search | Search Criteria: | LName: Exclusive Detailing |
| Billable Pages: | 1 | Cost: | 0.10 |