| Raul Siancas | | Rate | THUR Total | FRI Total | SAT Total | MON Total | TUE Total | WED Total | Total | O/T | | Regular Pay | O/T Pay | Total Pay | Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/19/2013 | 73222 | $8.00 | 10 | 1 | | | | | 11 | | 11 | $88.00 | $0.00 | $588.00 | |
| 2/12/2014 | 73013 | $8.00 | 8 | 8 | 0 | 0 | 0 | 4 | 20 | | 20 | $160.00 | $0.00 | $160.00 | |
| 2/5/2014 | 72713 | $8.00 | 8.5 | 8 | 0 | 8 | 0 | 8 | 40 | 0.5 | 40.5 | $320.00 | $6.00 | $326.00 | $ (2.00) |
| 1/29/2014 | | $8.00 | 9.5 | 10 | 8 | 8.5 | 8 | 8 | 40 | 12 | 52 | $320.00 | $144.00 | $464.00 | |
| 1/22/2014 | 72326 | $8.00 | 8 | 8 | 7.5 | 8 | 8 | 8 | 40 | 7.5 | 47.5 | $320.00 | $90.00 | $410.00 | $ 2.00 |
| 1/15/2014 | 71945 | $8.00 | 10 | 10 | 8 | 8 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 | |
| 1/8/2014 | 71863 | $8.00 | 10 | 10 | 7.5 | 0 | 0 | 7.5 | 35 | | 35 | $280.00 | $0.00 | $280.00 | |
| 12/31/2013 | 71701 | $8.00 | 8 | 8.5 | 8 | 8 | 8 | 8 | 40 | 8.5 | 48.5 | $320.00 | $102.00 | $422.00 | $ (2.00) |
| 12/26/2013 | 71309 | $8.00 | 8 | 8.5 | 8 | 8 | 8 | 8 | 40 | 8.5 | 48.5 | $320.00 | $102.00 | $422.00 | $ (2.00) |
| 12/18/2013 | 71195 | $8.00 | 10 | 10 | 9 | 9 | 9 | 9 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 | |
| 12/11/2013 | 71071 | $8.00 | 10 | 10 | 8 | 10 | 9 | 9 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 | |
| 12/4/2013 | 70857 | $8.00 | 8 | 9 | 8 | 8 | 8 | 8 | 40 | 9 | 49 | $320.00 | $108.00 | $428.00 | $ 4.00 |
| 11/27/2013 | 70637 | $8.00 | 10 | 10 | 8 | 8 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 | $ (4.00) |
| 11/20/2013 | 70404 | $8.00 | 10 | 10 | 8 | 8 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 | $ 4.00 |
| 11/13/2013 | 70184 | $8.00 | 8 | 8.5 | 8 | 8 | 8 | 8 | 40 | 8.5 | 48.5 | $320.00 | $102.00 | $422.00 | $ (2.00) |
| 11/6/2013 | 69796 | $8.00 | 10 | 10 | 9 | 10 | 9 | 8 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 | |
| 10/30/2013 | 69682 | $8.00 | 10 | 10 | 6 | 10 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 | |
| 10/23/2013 | 69483 | $8.00 | 10 | 10 | 8 | 9 | 9 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 | |
| 10/16/2013 | 69294 | $8.00 | 8 | 8.5 | 8 | 8 | 8 | 8 | 40 | 8.5 | 48.5 | $320.00 | $102.00 | $422.00 | $ (2.00) |
| 10/9/2013 | 68869 | $8.00 | 9 | 9 | 8 | 8 | 8 | 8 | 40 | 10 | 50 | $320.00 | $120.00 | $440.00 | |
| 10/2/2013 | 68787 | $8.00 | 10 | 10 | 8 | 10 | 9 | 9 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 | |
| 9/25/2013 | 68565 | $8.00 | 8 | 9 | 8 | 8 | 8 | 8 | 40 | 9 | 49 | $320.00 | $108.00 | $428.00 | $ 4.00 |
| 9/18/2013 | 68363 | $8.00 | 10 | 10 | 8 | 10 | 9 | 9 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 | |

Owed  $  -

| Raul Siancas | | Rate | THUR | FRI | SAT | MON | TUE | WED | Total | O/T | | Regular Pay | O/T Pay | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total | Total | Total | Total | Total | Total | | | | | | |
| 9/11/2013 | 68083 | $8.00 | 10 | 10 | 8 | 8 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 9/4/2015 | 57907 | $8.00 | 0 | 10 | 8 | 10 | 10 | 4.5 | 40 | 2.5 | 42.5 | $320.00 | $30.00 | $350.00 |
| 8/28/2013 | 67826 | $8.00 | 9 | 10 | 8 | 10 | 10 | 9 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 8/20/2013 | 67433 | $8.00 | 7.5 | 9 | 8 | 9 | 9 | 8 | 40 | 10.5 | 50.5 | $320.00 | $126.00 | $446.00 |
| 8/14/2013 | 67188 | $8.00 | 10 | 10 | 8 | 8 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 8/7/2013 | 66900 | $8.00 | 10 | 10 | 6 | 9 | 8 | 0 | 40 | 3 | 43 | $320.00 | $36.00 | $356.00 |
| 7/31/2013 | 66703 | $8.00 | 9 | 9 | 8 | 9.5 | 10 | 10 | 40 | 15.5 | 55.5 | $320.00 | $186.00 | $506.00 |
| 7/24/2013 | 66406 | $8.00 | 10 | 9 | 8 | 9 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 7/17/2013 | 66224 | $8.00 | 10 | 10 | 8 | 9 | 9 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 7/10/2013 | 65942 | $8.00 | 8.5 | 9 | 8 | 8 | 8 | 8 | 40 | 9.5 | 49.5 | $320.00 | $114.00 | $434.00 |
| 7/3/2013 | 65769 | $8.00 | 10 | 10 | 8 | 9 | 9 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 6/26/2013 | 65528 | $8.00 | 9 | 10 | 8 | 9 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 6/19/2013 | 65267 | $8.00 | 9 | 9 | 8 | 10 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 6/12/2013 | 68847 | $8.00 | 9 | 8 | 0 | 8 | 9 | 9 | 40 | 3 | 43 | $320.00 | $36.00 | $356.00 |
| 6/5/2013 | 64754 | $8.00 | 10 | 10 | 8 | 9 | 9 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 5/29/2013 | 64543 | $8.00 | 9 | 9 | 8 | 0 | 8.5 | 9 | 40 | 3.5 | 43.5 | $320.00 | $42.00 | $362.00 |
| 5/22/2013 | 64347 | $8.00 | 10 | 10 | 8 | 8 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 5/15/2013 | 64097 | $8.00 | 10 | 10 | 8 | 9 | 10 | 10 | 40 | 17 | 57 | $320.00 | $204.00 | $524.00 |
| 5/8/2013 | 63842 | $8.00 | 9 | 10 | 8 | 10 | 10 | 10 | 40 | 17 | 57 | $320.00 | $204.00 | $524.00 |
| 5/1/2013 | 63606 | $8.00 | 9 | 10 | 8 | 10 | 10 | 10 | 40 | 17 | 57 | $320.00 | $204.00 | $524.00 |
| 4/24/2013 | 63374 | $8.00 | 10 | 10 | 8 | 10 | 10 | 10 | 40 | 18 | 58 | $320.00 | $216.00 | $536.00 |
| 4/17/2013 | 63148 | $8.00 | 8 | 9 | 8 | 8 | 8 | 9 | 40 | 10 | 50 | $320.00 | $120.00 | $440.00 |
| 4/1/2013 | 63918 | $8.00 | 10 | 10 | 8 | 9 | 9 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |

| Raul Siancas | | Rate | THUR Total | FRI Total | SAT Total | MON Total | TUE Total | WED Total | Total | O/T | | Regular Pay | O/T Pay | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/3/2013 | 62587 | $8.00 | 10 | 10 | 8 | 10 | 10 | 10 | 40 | 18 | 58 | $320.00 | $216.00 | $536.00 |
| 3/27/2013 | 62382 | $8.00 | 9 | 10 | 8 | 10 | 10 | 9 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| 3/20/2013 | 62124 | $8.00 | 9 | 9 | 8 | 10 | 10 | 10 | 40 | 16 | 56 | $320.00 | $192.00 | $512.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | 0 | | 0 | $0.00 | $0.00 | $0.00 |