# LAW OFFICES OF
# MICHAEL K. CHONG LLC

1250 BROADWAY 36TH FL, SUITE 300
NEW YORK, NEW YORK 10001
(212) 726-1104   FAX (212) 726-3104

WWW.MKCLAWGROUP.COM

| | | |
|---|---|---|
| **MICHAEL K. CHONG ‡** | **FORT LEE:** | **HOBOKEN:** |
| ‡ MEMBER, NJ BAR, U.S.D.C. NEW JERSEY<br>SDNY, NEW YORK<br>EDNY, NEW YORK<br>U.S.C.A. 2ND CIRCUIT | 2 EXECUTIVE DRIVE, STE. 720<br>FORT LEE, NEW JERSEY 07024<br>(201) 708-6675   FAX (201) 708-6676 | 300 HUDSON STREET. STE. 10<br>HOBOKEN, NEW JERSEY 07024<br>(201) 203-7476   FAX (201) 708-6676 |
| | *Please Reply to: FORT LEE* | DIRECT DIAL: (201) 947-5200<br>EMAIL: MKC@MKCLAWGROUP.COM |

April 4, 2016

*Via ECF*
Hon. Steven I. Locke, U.S.M.J.
U.S. Courthouse
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722

Re:   Siancas et al. v. Exclusive Detailing Inc. et al.
      Docket No.: 2:14-cv-6151

Dear Judge Locke:

As the Court may recall, this office represents Defendants Exclusive Detailing, Inc. in the above-captioned matter. Please accept this correspondence as a response to Plaintiff's counsel, Steven Moser's letter to the Court dated April 1, 2016.

Please be advised that Exclusive Detailing, Inc. is in the process of filing for Chapter 7 protection. Unfortunately, based upon the timing and season of the filing, we are still waiting to receive Exclusive's 2015 Corporate Tax Returns from the accountant in order to file same.

Please further be advised that Michael Agolia, principal of Exclusive Detailing, Inc., and his wife are scheduled for their 341A Meeting on April 15, 2016 whereby the business filing will be addressed before the appointed Trustee, Bruce Atkinson. Accordingly, we respectfully request that any scheduling by the Court in this matter be made post the date for the First Meeting of Creditors in order for us to provide the Court with an accurate status with respect to the Corporate filing.

Should Your Honor have any additional questions and/or concerns, please do not hesitate to contact the undersigned.

Respectfully Submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/lh
cc:   Plaintiff's counsel
      Co-Defendants' counsel / Rallye Motors Defendants
      Clients