```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
RAUL SIANCAS, individually and on
behalf of all others similarly
situated,

                        Plaintiff,

        -against-                              REFERRAL ORDER
                                               14-CV-6151(JS)(SIL)
RALLYE MOTORS, LLC, RALLYE MOTORS
HOLDING LLC, RALLYE GLEN COVE, LLC,
RALLYE NORTHERN, LLC, RALLYE ROSLYN,
LLC, RALLYE ROSLYN HOLDING, LLC,
RALLYE WESTBURY, LLC, AND EXCLUSIVE
DETAILING, INC.,

                        Defendants.
----------------------------------------X
```
SEYBERT, District Judge:

      Plaintiff's motion to amend (Docket Entry 99) is REFERRED to Magistrate Judge Steven I. Locke pursuant to Rule 72(a) of the Federal Rules of Civil Procedure for DECISION. See Fielding v. Tollaksen, 510 F.3d 175, 178 (2d Cir. 2007) ("As a matter of case management, a district judge may refer nondispositive motions, such as a motion to amend the complaint, to a magistrate judge for decision without the parties' consent."); Dollar Phone Corp. v. St. Paul Fire, No. 09-CV-1640, 2011 WL 837793, at *1 (E.D.N.Y. Mar. 4, 2011) (collecting cases); see also Pagano v. Frank, 983 F.2d 343, 346 (1st Cir. 1993); Hall v. Norfolk S. Ry. Co., 469 F.3d 590, 595 (7th Cir. 2006). The parties are directed to address all future filings related to this motion to Judge Locke.

                                                  SO ORDERED.

```
Dated:  April  25 , 2016              /s/ JOANNA SEYBERT
        Central Islip, New York       Joanna Seybert, U.S.D.J.
```