# LAW OFFICES OF
# MICHAEL K. CHONG LLC

**1250 BROADWAY 36ᵀᴴ FL, SUITE 300**
**NEW YORK, NEW YORK 10001**
**(212) 726-1104  FAX (212) 726-3104**

_____

WWW. MKCLAWGROUP.COM

| | | |
|---|---|---|
| **MICHAEL K. CHONG ‡** | **FORT LEE:** | **HOBOKEN:** |
| _____ | **2 EXECUTIVE DRIVE, STE. 720** | **300 HUDSON STREET. STE. 10** |
| ‡ MEMBER, NJ BAR, U.S.D.C. NEW JERSEY | **FORT LEE, NEW JERSEY 07024** | **HOBOKEN, NEW JERSEY 07024** |
| SDNY, NEW YORK | (201) 708-6675   FAX (201) 708-6676 | (201) 203-7476   FAX (201) 708-6676 |
| EDNY, NEW YORK | | |
| U.S.C.A. 2ND CIRCUIT | *\* Please Reply to: FORT LEE* | **DIRECT DIAL: (201) 947-5200** |
| | | **EMAIL: MKC@MKCLAWGROUP.COM** |

May 5, 2016

*Via ECF*
Hon. Steven I. Locke, U.S.M.J.
U.S. Courthouse
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722

      Re:    Siancas et al. v. Exclusive Detailing Inc. et al.
              Docket No.: 2:14-cv-6151

Dear Judge Locke:

     This office represents defendant Exclusive Detailing, Inc. (EDI) in the above referenced matter. Pursuant to Your Honor's order dated April 4, 2016, please accept the following status update as to EDI's bankruptcy filing.

    1.  <u>EDI's Bankruptcy</u>

     Exclusive Detailing, Inc. is in the process of filing for Chapter 7 protection. Based upon the timing and season of the filing, we are still waiting to receive Exclusive's 2015 Corporate Tax Returns from the accountant in order to file same. Michael Agolia, principal of Exclusive Detailing, Inc., and his wife have filed their bankruptcy application, Case No.: 16-13291, and it is proceeding before the appointed Trustee, Bruce Atkinson.

    2.  <u>Plaintiff's Pending Motion to Compel against EDI</u>

     Plaintiff currently has a motion to compel pending with the court against EDI. The discovery Plaintiff seeks has been satisfied. On December 2, 2015 I submitted correspondence to the court as to the Excel spreadsheets relating to the employee lists (Document 110). On December 14, 2015 I submitted correspondence to the court, wherein I advised that defendant submitted to Plaintiff's counsel a USB drive. (Document 111). In addition, the above bankruptcy filing will make this entire matter moot.

                                                            Respectfully Submitted,

                                                           *Michael K. Chong*

                                                           Michael K. Chong, Esq.

MKC/
cc:    Plaintiff's counsel
        Co-Defendants' counsel / Rallye Motors Defendants
        Clients