| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE <br>         U.S. MAGISTRATE JUDGE | DATE: 5/6/16 <br> TIME:  10:00 am |

CASE: **CV 14-6151 (JS) Siancas v. Rallye Motors, LLC et al**

TYPE OF CONFERENCE:  MOTION            FTR: 11:23-11:48

APPEARANCES:
    For Plaintiff:   Steven Moser

    For Defendant: Michael Chong
                         James McGrath
                         John Fulfree

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☒    Other:   Plaintiff's letter motion, DE [122] is granted as follows:  Defendant EDI will provide all written discovery responses (to interrogatories and document requests) as previously directed in the Court's November 12, 2015 order *without* objections on or before May 10, 2016 at 5pm.  Defendant EDI will re-produce Raul Siancas's payroll records in native format to Plaintiffs on or before May 12, 2016 at 5pm.  Defendant EDI will re-produce all of the payroll records to Plaintiffs in native format.  All native format files shall come directly from EDI, again on or before May 12, 2016 at 5pm.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

     7/29/16 at 11:00 am               : Status conference


                                                   SO ORDERED

                                                    /s/Steven I. Locke
                                                   STEVEN I. LOCKE
                                                   United States Magistrate Judge