UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RAUL SIANCAS, individually and
on behalf of all others similarly situated,

                                Plaintiffs,                  **ORDER**
                                                                    CV 14-6151 (JS) (SIL)

       -against-

RALLYE MOTORS, LLC et al,

                                Defendants.
----------------------------------------------------------------X
**LOCKE, Magistrate Judge:**

       In light of Defendants' letter advising the Court that Defendant Exclusive Detailing, Inc. ("EDI") has filed for bankruptcy on May 9, 2016 under Bankruptcy Docket No. 16-19065, this action is stayed pending resolution of the bankruptcy proceeding.  *See* Docket Entries ("DE") [124], [126], [128].

       Accordingly, Plaintiff's Motion to Amend the Complaint, DE [99], is denied without prejudice and with leave to resubmit upon resolution of the bankruptcy proceeding.


Dated:  Central Islip, New York                **SO ORDERED:**
          May 17, 2016

                                                              s/ Steven I. Locke
                                                           STEVEN I. LOCKE
                                                           United States Magistrate Judge