

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

October 25, 2023

**VIA ECF**

Hon. Joanna Seybert, USDJ
United Stated District Court
100 Federal Plaza, Courtroom 1030
Central Islip, NY 11722

     Re:    *Siancas v Rallye Motors, LLC, et al,* Case No. 14-cv-06151(JS)(SIL)

Dear Judge Seybert:

     I represent the Plaintiffs in the above referenced action. Please accept this joint status report. The parties have been unable to resolve this matter on their own and respectfully request that the case be referred to mediation through the EDNY Mediation Program. The parties have also conferred and have tentatively agreed upon two potential mediators. Should the Court refer the case for mediation, we will promptly notify the Court of the mediator selected.

                             Respectfully submitted,

                             *Steven J. Moser*

                             Steven J. Moser

CC:    All counsel of record via ECF