

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

February 08, 2024

**VIA ECF**

Hon. Steven I. Locke, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

    Re:    *Siancas v Rallye Motors, LLC, et al,* Case No. 14-cv-06151(JS)(SIL)

Dear Judge Locke:

    I represent the Plaintiffs in the above referenced action, which was referred to Your Honor for all purposes on February 5, 2024.  The current deadline for filing the *Cheeks* motion is tomorrow.  Plaintiffs respectfully request an extension of the deadline to file the *Cheeks* motion until February 23, 2024.

    The reason for this request is that one of the opt-in plaintiffs is residing out of state and we have had difficulty obtaining his signature.  This is the first request for an extension.  The Defendants consent to this request.

                                                     Respectfully Submitted,

                                                      *Steven J. Moser*

                                                      Steven J. Moser

CC:    All counsel of record via ECF