| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE:  3/19/24<br>TIME:  11:30 am |

CASE:  **CV 14-6151 (SIL) Siancas v. Rallye Motors LLC et al**

TYPE OF CONFERENCE:  STATUS            FTR: 11:32-11:36

APPEARANCES:

   For Plaintiff:   Steven Moser

   For Defendant:  James McGrath

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Status conference held. Plaintiff's counsel will serve and refile his motion to withdraw. The parties will then discuss and propose three dates for oral argument on the motion and submit that proposal to the Court in writing no later than March 29, 2024. The motion will be served on the client from whom Plaintiff's counsel seeks to withdraw and Plaintiff's counsel will file proof of service on the docket via ECF in advance of the conference.

SO ORDERED

 /s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge