

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

March 29, 2024

**VIA ECF**

Hon. Steven I. Locke, USMJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

    Re:    *Siancas v Rallye Motors, LLC, et al,* Case No. 14-cv-06151(JS)(SIL)

Dear Judge Locke:

    I represent the Plaintiffs in the above referenced action. This is to notify the Court that Defendants and I have met and conferred. The parties are available and propose the following dates to hold an oral argument: April 26th, April 29th, and April 30th.

    Respectfully Submitted,

    *Steven J. Moser*

    Steven J. Moser

CC:    All counsel of record via ECF