United States District Court
Eastern District of New York

| | |
|---|---|
| RAUL SIANCAS and BILLY JOEL ODRIA,<br>individually and on behalf of all others similarly situated,<br><br>                               Plaintiff(s),<br><br>*-against-*<br><br>Rallye Motors, LLC, Rallye Motors Holding LLC, Rallye Glen Cove, LLC, Rallye Northern, LLC, Rallye Roslyn, LLC, Rallye Roslyn Holding, LLC, Rallye Westbury, LLC, Michael Agolia, and Lisa Rossi a/k/a Lisa Agolia,<br><br>                               Defendant(s). | **CERTIFICATE OF SERVICE BY MAIL**<br><br>**Case No. 14-cv-06151(JS)(SIL)** |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1.     I am over 18 years of age and am not a party to this litigation.

2.     I am an employee of the Moser Law Firm, P.C.

3.     On 4/2/2024 I served the annexed Scheduling Order via first class mail courtesy of the United States Postal Service to the following address:

Orlin Maldonado
3791 32nd Street
Detroit, MI 48210,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
       April 02, 2024

_____
Shirley Navarro-Losito

# Activity in Case 2:14-cv-06151-SIL Siancas v. Rallye Motors, LLC et al Scheduling Order

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
Mon 4/1/2024 5:31 AM
To:nobody@nyed.uscourts.gov <nobody@nyed.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/1/2024 at 5:31 AM EDT and filed on 4/1/2024
**Case Name:**      Siancas v. Rallye Motors, LLC et al
**Case Number:**      2:14-cv-06151-SIL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Electronic SCHEDULING ORDER: A hearing on Plaintiffs' counsel's motion to withdraw at DE [152] is set for 4/30/24 at 1:30 p.m. in Courtroom 820 of the Central Islip courthouse. Plaintiff Maldonado and his counsel are ordered to attend. Plaintiffs' counsel is directed to serve a copy of this order on Plaintiff Maldonado at his last known address and file proof of service.Ordered by Magistrate Judge Steven I. Locke on 4/1/2024. (AGB)**

**2:14-cv-06151-SIL Notice has been electronically mailed to:**

James E. McGrath, III      jmcgrath@bsk.com

Michael K. Chong      MKC@mkclawgroup.com, infofax@mkclawgroup.com, rewp2004@yahoo.com

Noel P Tripp      Noel.Tripp@jacksonlewis.com, LongIslandDocketing@JacksonLewis.com, diane.carroll@jacksonlewis.com, noel-tripp-5001@ecf.pacerpro.com

Steven John Moser      steven.moser@moserlawfirm.com, ECFBounces@moserlawfirm.com, stevenmoser@recap.email

John Bernard Fulfree      jfulfree@morrisoncohen.com, autodocket@morrisoncohen.com