**BOND** SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**JAMES E. MCGRATH, III**
jmcgrath@bsk.com
P: 646.253.2319

April 3, 2024

**VIA ECF**

Honorable Steven I. Locke
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

   Re: *Raul Siancas v. Rallye Motors, LLCC, et al.,*
      *E.D.N.Y. 14 -cv – 6151 (JS)(SIL)*

Your Honor:

I represent the Rallye Defendants in the above matter. The Court's Scheduling Order of April 1, 2024 scheduled a hearing on Mr. Moser's motion to withdraw as counsel for Plaintiff Maldonado [Docket Entry 152]. The Court's Order directs both Mr. Moser and Mr. Maldonado to appear before Your Honor at the courthouse in Central Islip at 1:30 pm on April 30, 2024. I respectfully request that I be permitted to participate in the hearing telephonically.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*[signature]*

James E. McGrath, III