United States District Court
Eastern District of New York

| | |
|---|---|
| RAUL SIANCAS and BILLY JOEL ODRIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>Rallye Motors, LLC, Rallye Motors Holding LLC, Rallye Glen Cove, LLC, Rallye Northern, LLC, Rallye Roslyn, LLC, Rallye Roslyn Holding, LLC, Rallye Westbury, LLC, Michael Agolia, and Lisa Rossi a/k/a Lisa Agolia,<br><br>Defendant(s). | **CERTIFICATE OF SERVICE BY MAIL**<br><br>Case No. 14-cv-06151(JS)(SIL) |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 4/15/2024 I served the Scheduling Order entered on 4/10/2024 in the Docket via first class mail courtesy of the United States Postal Service to the following address:

Orlin Maldonado
3791 32nd Street
Detroit, MI 48210,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
April 15, 2024

_____
Shirley Navarro-Losito