| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 5/8/24<br>TIME: 11:15 am |

CASE:   CV 14-6151 (SIL) Siancas v. Rallye Motors, LLC et al

TYPE OF CONFERENCE:   MOTION          FTR: 11:22-11:26

APPEARANCES:

   For Plaintiff:   Steven Moser

   For Defendant:  James McGrath

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:  Oral argument held. Plaintiff's counsel's motion to withdraw as to Plaintiff Maldanado, DE [152], is granted without opposition and no appearance by Plaintiff Maldanado. A telephone status conference is set for May 20, 2024 at 12:15pm and Plaintiff Maldanado is ordered to appear. Mr. Maldanado is warned that if he fails to appear his claims may be dismissed pursuant to Fed. R. Civ. P. 41 for failure to prosecute. Plaintiff's former counsel is directed to serve Maldanado with a copy of this order and file proof of service on the docket.

**COURT APPEARANCES:**

The following conference(s) will be held via telephone by calling 631-712-5720:

   5/20/24 at 12:15 pm           : Status conference

                                        SO ORDERED

                                        /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge