UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
RAUL SIANCAS and BILLY JOEL ODRIA,
individually and on behalf of all others similarly
situated,

CIVIL ACTION NO.: 14-cv-6151
(JS)(SIL)

Plaintiffs,

- against -

**WITHDRAWAL OF CONSENT TO JOIN**

Rallye Motors, LLC, Rallye Motors Holding LLC,
Rallye Glen Cove, LLC, Rallye Northern, LLC, Rallye
Roslyn, LLC, Rallye Roslyn Holding, LLC, Rallye
Westbury, LLC, Michael Agolia, and Lisa Rossi a/k/a
Lisa Agolia,

Defendants.

---

Edilberto Munguia hereby states as follows:

1. I am a former employee of Exclusive Detailing Inc.

2. I understand that the court received a "Consent to Join" form on or about June 15, 2015 for "Edilberto Munguia" (ECF No. 83), a copy of which is annexed hereto.

3. I do not recall signing this Consent to Join form and have no interest in participating in this case.

4. I respectfully withdraw from this case and from all of the claims asserted in this case.

5. I am executing this document voluntarily and of my own free will.

6. I have not received any compensation or settlement in exchange for this withdrawal, and do not wish to participate in any settlement of this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 5/20/2024

_Edilberto M_
Edilberto Munguia

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO ESTE DE NUEVA YORK

RAUL SIANCAS y BILLY JOEL ODRIA, individualmente y en nombre de todos los demás en situación similar,

                            Demandantes,

- en contra -

Rallye Motors, LLC, Rallye Motors Holding LLC, Rallye Glen Cove, LLC, Rallye Northern, LLC, Rallye Roslyn, LLC, Rallye Roslyn Holding, LLC, Rallye Westbury, LLC, Michael Agolia y Lisa Rossi, también conocida como Lisa Agolia,

                            Acusados.

NO. DE ACCIÓN CIVIL: 14-cv-6151 (JS) (SIL)

**REVOCACIÓN DEL CONSENTIMIENTO PARA UNIRSE**

Edilberto Munguía declara lo siguiente:

1. Soy un ex-empleado de Exclusive Detailing Inc.

2. Tengo entendido que el tribunal recibió un formulario de consentimiento a unirse el 15 de junio de 2015 para Edilberto Munguía (ECF núm. 83), del que se adjunta una copia.

3. No recuerdo haber firmado este formulario de consentimiento para unirse y no tengo interés en participar en este caso.

4. Con todo respeto, me retiro de este caso y de todas las reclamaciones presentadas en este caso.

5. Estoy ejecutando este documento de forma voluntaria y por mi propia voluntad.

6. No he recibido ninguna compensación o acuerdo a cambio de esta retirada y no deseo participar en ninguna resolución de esta acción.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Ejecutado el: 5/20/2024

                                                                _Edilberto M_
                                                                 Edilberto Munguía

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 15 2015 ★

LONG ISLAND OFFICE

## CONSENT TO JOIN

### Important:
This form must be completed and returned so that it is received by
**August 15, 2015**

---

I hereby consent to join the lawsuit against the Rallye Defendants and Exclusive Detailing, Inc. (EDNY Case No. 14-CV-6151), for overtime violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

_Edilberto Munguia_     6/10/15
Signature                              Date

_Edilberto Munguia Ortiz_
Print Name

_20 Craft Ave_
Address (with apartment number if applicable)

_Glen Cove, NY 11542_
City, State, Zip Code

                    _516 - 479 - 4037_
Home Phone          Cell Phone


E-Mail Address

_Delmi Lopez     516- 317- 9986_
Emergency Contact (in case we lose contact with you)

Mail to:   Clerk of the Court
           United States District Court for the Eastern District of New York
           100 Federal Plaza
           Central Islip, New York 11722

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAUL SIANCAS and BILLY JOEL ODRIA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>Rallye Motors, LLC, Rallye Motors Holding LLC, Rallye Leasing, Inc., Rallye Glen Cove, LLC. Rallye Northern, LLC, Rallye Roslyn, LLC, Rallye Roslyn Holding, LLC, Rallye Westbury, LLC, and Exclusive Detailing, Inc.<br><br>Defendants. | Civ. No. 14-cv-6151 (JS)(SIL)<br><br>**DECLARATION OF TRANSLATION BY SHIRLEY NAVARRO-LOSITO** |

I, Shirley Navarro-Losito, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I currently reside in the State of New York. Suffolk.

2. I am employed as a legal administrator with the Moser Law Firm, PC.

3. I am fluent in English and Spanish.

4. On __5/20/2024___ I reviewed the document entitled "Withdrawal of Consent to Join" and certify that it is a true and accurate translation of the English form.

The foregoing is true and correct.

Dated:

_____
Shirley Navarro-Losito