| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: STEVEN I. LOCKE                        DATE: 6/25/24
         U.S. MAGISTRATE JUDGE               TIME: 12:00 pm

CASE: **CV 14-6151(SIL) Siancas v. Rallye Motors, LLC et al**
TYPE OF CONFERENCE: STATUS             FTR: 12:07-12:09

APPEARANCES:
       For Plaintiff:    Steven Moser

       For Defendant: James McGrath

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other: Status conference held. Pro se Plaintiff Maldonado is dismissed from this case for failure to prosecute pursuant to Fed. R. Civ. P. 41. He was ordered to appear for court conferences on May 8 and 20, 2024 and June 11, 2024. He failed to appear at all of them and no other parties have been able to reach him. Accordingly, his claims are dismissed with prejudice. As to the remaining claims, the parties will file their Cheeks motion on July 5, 2024.

                                                       SO ORDERED

                                                       /s/Steven I. Locke
                                                       STEVEN I. LOCKE
                                                       United States Magistrate Judge