

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 05, 2024

**VIA ECF**

Hon. Steven I. Locke, USMJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

    Re:    *Siancas v Rallye Motors, LLC, et al,* Case No. 14-cv-06151(JS)(SIL)

Dear Judge Locke:

    Today is the deadline for submission of the motion for approval of the proposed settlement of the above referenced FLSA action. We have had a delay in obtaining plaintiffs' signatures to the settlement and respectfully request a one-week extension to July 11, 2024 to file the motion for approval.

                          Respectfully Submitted,

                          *Steven J. Moser*

                          Steven J. Moser

CC:    All counsel of record via ECF