**SUMMARY OF DAMAGE CALCULATIONS**
**SIANCAS V. RALLYE MOTORS**
**14-CV-6151**

| | | Total | Siancas | Odria | Rapalo | Rivera |
|---|---|---|---|---|---|---|
| | | **SUMMARY** | | | | |
| FLSA Overtime | $ | 25,229.00 | $ 5,840.00 | $ 7,164.00 | $ 5,100.00 | $ 7,125.00 |
| Spread of Hours (NYLL) | $ | 1,901.61 | $ 1,901.61 | | | |
| Liquidated Damages | $ | 27,130.61 | $ 7,741.61 | $ 7,164.00 | $ 5,100.00 | $ 7,125.00 |
| NYLL 195(1) Damages | $ | 2,500.00 | $ 2,500.00 | | | |
| NYLL 195(3) Damages | $ | 2,500.00 | $ 2,500.00 | | | |
| Prejudgment Interest (NYLL) | $ | 5,750.64 | $ 5,750.64 | | | |
| | | | | | | |
| TOTAL | | $65,011.85 | $26,233.85 | $14,328.00 | $10,200.00 | $14,250.00 |
| | | | | | | |
| Settlement Amount | $ | 160,000.00 | | | | |
| Less: Clients' Share | $ | 65,011.85 | | | | |
| Net: | $ | 94,988.15 | | | | |
| | | | | | | |
| Less: Costs | $ | 5,624.76 | | | | |
| Balance: Attorneys' Fees | $ | 89,363.39 | | | | |

## DAMAGE CALCULATIONS

**Employee:** **Raul Siancas**  7/9/2024
Location: **Rallye Mercedes**
Employed
  From         2/1/2013
  To           2/1/2014
Date of Filing of Consent   10/23/2014

### OVERTIME (1/2 TIME FOR HOURS OVER 40)

| Begin | End | Weeks | Hours Worked | Regular Rate | 1/2 time | OT Hours | Weekly OT Owed | OT Owed | |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/2013 | 2/1/2014 | 52.14 | 68.00 | $8.00 | $4.00 | 28.00 | $112.00 | $5,840.00 | |
| | | | | | | | | | $ 5,840.00 |

### SPREAD OF HOURS PAY

| Begin | End | Weeks | Days Per Week in which SOH>10 | Min Wage | NYLL Liquidated Damages |
|---|---|---|---|---|---|
| 2/1/2013 | 12/31/2013 | 47.57 | 5.00 | $7.25 | $1,724.46 |
| 1/1/2014 | 2/1/2014 | 4.43 | 5.00 | $8.00 | $177.14 |
| | | | | | $1,901.61 |

### NYLL LIQUIDATED DAMAGES (100%)

| | | |
|---|---|---|
| Overtime Wages | $5,840.00 | |
| Spread of Hours Pay | $1,901.61 | |
| | | $7,741.61 |

### WAGE NOTICE VIOLATIONS
*$50 per workweek on and after 2/1/2012, up to $2,500; $100 per workday on and after 2/27/15, up to $5,000*

| Begin | End | Weeks | Days | Statutory Damages | Max | |
|---|---|---|---|---|---|---|
| 2/1/2013 | 2/1/2014 | 52.14 | | $ 50.00 | $2,500.00 | |
| | | | | | | **$2,500.00** |

### WAGE STATEMENT VIOLATIONS
*$100 per workweek on and after 4/9/2011, up to $2,500; $250 per workday on and after 2/27/15, up to $5,000*

| Begin | End | Weeks | Days | Statutory Damages | Max | |
|---|---|---|---|---|---|---|
| 2/1/2013 | 2/1/2014 | 52.14 | | $ 100.00 | $2,500.00 | |
| | | | | | | **$2,500.00** |

### PRE-JUDGMENT SIMPLE INTEREST, 9%

| Begin | End | Midpoint Date | # of Yrs | Wages Owed | Interest Owed | |
|---|---|---|---|---|---|---|
| 2/1/2013 | 2/1/2014 | 8/2/2013 | 10.941 | $5,840.00 | $5,750.64 | |
| | | | | | | $ 5,750.64 |

| | |
|---|---|
| **TOTAL DAMAGES** | **$ 26,233.85** |

## DAMAGE CALCULATIONS

**Employee:** Billy Odria  
Location: **Rallye Mercedes**  
7/18/2024

### OVERTIME (1/2 TIME FOR HOURS OVER 40)

| Begin | End | Weeks | Hours Worked | Regular Rate | 1/2 time | OT Hours | Weekly OT Owed | OT Owed | |
|---|---|---|---|---|---|---|---|---|---|
| 9/17/2013 | 10/20/2014 | 56.86 | 68.00 | $9.00 | $4.50 | 28.00 | $126.00 | $7,164.00 | |
| | | | | | | | | | **$7,164.00** |

### LIQUIDATED DAMAGES

| Begin | End | Weeks | Hours Worked | Regular Rate | 1/2 time | OT Hours | Weekly OT Owed | FLSA Liquidated Damages | |
|---|---|---|---|---|---|---|---|---|---|
| 9/17/2013 | 10/20/2014 | 56.86 | 68.00 | $9.00 | $4.50 | 28.00 | $126.00 | $7,164.00 | |
| | | | | | | | | | **$7,164.00** |

**TOTAL DAMAGES** $ 14,328.00

## DAMAGE CALCULATIONS

**Employee:** Jose Alexander Rivera Rapalo  7/18/2024
Location: **Rallye Mercedes**
Employed
  From     5/25/2012
  To       4/24/2014
Date of Filing of Consent   6/15/2015

### OVERTIME (1/2 TIME FOR HOURS OVER 40)

| Begin | End | Weeks | Hours Worked | Regular Rate | 1/2 time | OT Hours | Weekly OT Owed | OT Owed | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/15/2013 | 2/28/2014 | 36.86 | 68.00 | $8.00 | $4.00 | 28.00 | $112.00 | $4,128.00 | | |
| 3/1/2014 | 4/24/2014 | 7.71 | 68.00 | $9.00 | $4.50 | 28.00 | $126.00 | $972.00 | | |
| | | | | | | | | | $ | 5,100.00 |

### FLSA LIQUIDATED DAMAGES (100% of OT FOR THREE YEARS PRIOR TO COMMENCEMENT)

| Begin | End | Weeks | Hours Worked | Regular Rate | 1/2 time | OT Hours | Weekly OT Owed | FLSA Liquidated Damages | |
|---|---|---|---|---|---|---|---|---|---|
| 6/15/2013 | 2/28/2014 | 36.86 | 68.00 | $8.00 | $4.00 | 28.00 | $112.00 | $4,128.00 | |
| 3/1/2014 | 4/24/2014 | 7.71 | 68.00 | $9.00 | $4.50 | 28.00 | $126.00 | $972.00 | |
| | | | | | | | | | $5,100.00 |

**DAMAGE CALCULATIONS**

**Employee:** **Rossebel Lobo Rivera**
Location: **Rallye BMW**                                                                                                          10/21/2014

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **OVERTIME (1/2 TIME FOR HOURS OVER 40)** | | | | | | | | | |
| Begin | End | Weeks | Hours Worked | Regular Rate | 1/2 time | OT Hours | Weekly OT Owed | OT Owed | |
| **10/21/2011** | 8/1/2012 | 40.71 | 68.00 | $12.50 | $6.25 | 28.00 | $175.00 | $7,125.00 | |
| | | | | | | | | | **$7,125.00** |
| **FLSA LIQUIDATED DAMAGES (100% of OT FOR THREE YEARS PRIOR TO COMMENCEMENT)** | | | | | | | | | |
| Begin | End | Weeks | Hours Worked | Regular Rate | 1/2 time | OT Hours | Weekly OT Owed | FLSA Liquidated Damages | |
| 10/21/2011 | 8/1/2012 | 40.71 | 68.00 | $12.50 | $6.25 | 28.00 | $175.00 | $7,125.00 | |
| | | | | | | | | | **$7,125.00** |