Billing Entries

Siancas v. Rallye Motors, LLC

| Date | User | Description | Rate | Time | Total |
|---|---|---|---|---|---|
| 7/11/2024 | Steven John Moser | Motion for approval of settlement | $450.00 | 2.8 | $1,260.00 |
| 7/10/2024 | Shirley Navarro-Losito | Sent settlement and damages calculation to clients for their signature | $100.00 | 0.3 | $30.00 |
| 7/9/2024 | Steven John Moser | Revise settlement agreement | $450.00 | 0.8 | $360.00 |
| 7/9/2024 | Shirley Navarro-Losito | Call to all clients | $100.00 | 0.4 | $40.00 |
| 6/28/2024 | Shirley Navarro-Losito | Research Re: cheeks motion | $100.00 | 0.3 | $30.00 |
| 6/24/2024 | Shirley Navarro-Losito | Review Court Docket | $100.00 | 0.2 | $20.00 |
| 6/18/2024 | Shirley Navarro-Losito | Telephone call with Billy Odria | $100.00 | 0.2 | $20.00 |
| 5/20/2024 | Steven John Moser | Telephone call to Edilberto Munguia-Ortiz. | $450.00 | 0.2 | $90.00 |
| 5/20/2024 | Steven John Moser | Text messages from SJM to Edilberto Munguia Ortiz | $450.00 | 0.2 | $90.00 |
| 5/20/2024 | Steven John Moser | Status conference prep and telephonic attendance | $450.00 | 0.3 | $135.00 |
| 5/20/2024 | Steven John Moser | Email to McGrath | $450.00 | 0.2 | $90.00 |
| 5/20/2024 | Steven John Moser | In-person meeting with Edilberto Munguia Ortiz in Roslyn, NY, includes travel | $450.00 | 2.5 | $1,125.00 |
| 5/8/2024 | Steven John Moser | Court conference re motion to withdraw as attorney for Maldonado. Includes | $450.00 | 2 | $900.00 |
| 5/8/2024 | Shirley Navarro-Losito | Printed minute order from Judge and prepared certificate of svce by mail to O. Maldonado. Sent via mail and filed proof via ECF | $100.00 | 0.3 | $30.00 |
| 4/30/2024 | Shirley Navarro-Losito | Client Jose Rivera and Billy called to ask about the status of the case. | $100.00 | 0.3 | $30.00 |
| 4/15/2024 | Shirley Navarro-Losito | Prepared Cert of Svce by mail and sent to O. Maldonado. also filed via ECF | $100.00 | 0.3 | $30.00 |
| 4/12/2024 | Shirley Navarro-Losito | Telephone call to Raul Siancas | $100.00 | 0.3 | $30.00 |
| 3/29/2024 | Shirley Navarro-Losito | Drafted ltr to Judge Locke re: proposal dates for oral argument and filed via ECF | $100.00 | 0.3 | $30.00 |
| 3/26/2024 | Shirley Navarro-Losito | Prepared certificate of Svce by mail to send Motion to WD as counsel to Orlin Maldonado at last known address in Detroit | $100.00 | 0.4 | $40.00 |
| 3/26/2024 | Shirley Navarro-Losito | Call with Siancas | $100.00 | 0.2 | $20.00 |
| 3/25/2024 | Shirley Navarro-Losito | Re-filed motion to Withdraw as attny for Maldonado | $100.00 | 0.2 | $20.00 |
| 3/8/2024 | Shirley Navarro-Losito | Telephone call from Billy Odria | $100.00 | 0.3 | $30.00 |
| 2/26/2024 | Shirley Navarro-Losito | Raul Siancas called, wanted to know update of the settlement. | $100.00 | 0.2 | $20.00 |
| 2/20/2024 | Steven John Moser | Prepare first draft of motion | $450.00 | 0.5 | $225.00 |
| 2/20/2024 | Steven John Moser | Email regarding anticipated motion to withdraw as counsel for orlin maldonado | $450.00 | 0.2 | $90.00 |
| 2/16/2024 | Shirley Navarro-Losito | Sent text message to Edilberto | $100.00 | 0.2 | $20.00 |
| 2/13/2024 | Steven John Moser | Review file to prepare settlement paperwork | $450.00 | 0.5 | $225.00 |

Billing Entries

Siancas v. Rallye Motors, LLC

| Date | User | Description | Rate | Time | Total |
|---|---|---|---|---|---|
| 2/13/2024 | Steven John Moser | Revise settlement agreement and proposed distribution of settlement funds | $450.00 | 1 | $450.00 |
| 2/13/2024 | Steven John Moser | Online research re Michael Agolia and Lisa Agolia (PACER, Lexis, Google) | $450.00 | 0.5 | $225.00 |
| 2/13/2024 | Shirley Navarro-Losito | Called E Munguia | $100.00 | 0.3 | $30.00 |
| 2/8/2024 | Steven John Moser | Draft letter extending time to file cheeks motion from Feb 9, 2024 until Feb 23, 2024 and email to Jim McGrath | $450.00 | 0.3 | $135.00 |
| 2/8/2024 | Steven John Moser | File letter motion to xtend time to file cheeks motion from 2/9/2024 until | $450.00 | 0.2 | $90.00 |
| 2/2/2024 | Steven John Moser | Telephone call with Rossebel Lobo Rivera | $450.00 | 0.2 | $90.00 |
| 2/2/2024 | Shirley Navarro-Losito | Spoke to Orlin Banegas Maldonado. See note | $100.00 | 0.2 | $20.00 |
| 2/2/2024 | Shirley Navarro-Losito | Call with Billy about the case. | $100.00 | 0.3 | $30.00 |
| 2/2/2024 | Shirley Navarro-Losito | Prepared Consent to trial by Magistrate and sent over to attys for their signature | $100.00 | 0.3 | $30.00 |
| 2/2/2024 | Shirley Navarro-Losito | Filed Consent to Jurisdiction by Magistrate via ECF | $100.00 | 0.2 | $20.00 |
| 2/1/2024 | Shirley Navarro-Losito | Call with Rossebel Lobo (see notes) | $100.00 | 0.3 | $30.00 |
| 1/26/2024 | Shirley Navarro-Losito | Call with Raul Siancas, wanted updates on the case and status of the | $100.00 | 0.4 | $40.00 |
| 1/24/2024 | Shirley Navarro-Losito | Created Letter to client (unable to reach) in spanish and uploaded as a | $100.00 | 0.6 | $60.00 |
| 1/24/2024 | Shirley Navarro-Losito | Prepared letters to be mailed to clients who we are unable to reach at address | $100.00 | 0.8 | $80.00 |
| 1/23/2024 | Steven John Moser | Phone call with Edilberto Munguia Ortiz | $450.00 | 0.1 | $45.00 |
| 12/18/2023 | Shirley Navarro-Losito | spoke to clients to give them the zoom information for the meeting | $100.00 | 0.2 | $20.00 |
| 12/18/2023 | Shirley Navarro-Losito | Telephone call from R. Siancas | $100.00 | 0.2 | $20.00 |
| 12/14/2023 | Steven John Moser | Meetings with Billy Odria, Raul Siancas, Rossebel Lobo Rivera, and Jose Rapalo | $450.00 | 2.1 | $945.00 |
| 12/14/2023 | Shirley Navarro-Losito | Call with Raul about the zoom mediation on monday 12/18 | $100.00 | 0.2 | $20.00 |
| 12/12/2023 | Steven John Moser | Revise damages computations | $450.00 | 0.3 | $135.00 |
| 12/8/2023 | Steven John Moser | Review file to prepare ex-parte mediation statement | $450.00 | 2.2 | $990.00 |
| 12/8/2023 | Steven John Moser | Prepare ex-parte mediation settlement damages calculations | $450.00 | 1.9 | $855.00 |
| 12/8/2023 | Steven John Moser | Prepare and email Plaintiffs' ex-parte settlement statment to Ira Cure | $450.00 | 3.9 | $1,755.00 |
| 11/16/2023 | Shirley Navarro-Losito | called all the clients to let them know the mediation is coming and they need to | $100.00 | 0.4 | $40.00 |
| 11/9/2023 | Steven John Moser | Siancas: Call with Raul Siancas | $450.00 | 0.5 | $225.00 |
| 11/9/2023 | Steven John Moser | Telephone call to Raul Siancas | $450.00 | 0.2 | $90.00 |
| 11/9/2023 | Shirley Navarro-Losito | Call with Siancas abut the upcoming Mediation and set up conference call with | $100.00 | 0.5 | $50.00 |
| 10/30/2023 | Shirley Navarro-Losito | Reviewing mediation dates and other deadlines and adding them to the | $100.00 | 0.3 | $30.00 |

Billing Entries

Siancas v. Rallye Motors, LLC

| Date | User | Description | Rate | Time | Total |
|---|---|---|---|---|---|
| 10/30/2023 | Shirley Navarro-Losito | Prepared check and added expense to the case for mediation. Sent check via | $100.00 | 0.4 | $40.00 |
| 10/26/2023 | Steven John Moser | Email to Jim McGrath re mediation | $450.00 | 0.2 | $90.00 |
| 10/25/2023 | Steven John Moser | Draft proposed letter re mediation and send to opposing counsel for review. | $450.00 | 0.5 | $225.00 |
| 10/25/2023 | Steven John Moser | Draft revisions to letter and send to J McGrath for review | $450.00 | 0.3 | $135.00 |
| 10/23/2023 | Steven John Moser | Call with James McGrath | $450.00 | 0.3 | $135.00 |
| 6/13/2023 | Shirley Navarro-Losito | Reviewed court docket | $100.00 | 0.3 | $30.00 |
| 6/1/2023 | Shirley Navarro-Losito | Phone call with Raul Siancas | $100.00 | 0.2 | $20.00 |
| 6/1/2023 | Shirley Navarro-Losito | Phone call with Billy Joel Odria | $100.00 | 0.2 | $20.00 |
| 6/1/2023 | Shirley Navarro-Losito | Phone call with Edilberto Munguia Ortiz | $100.00 | 0.3 | $30.00 |
| 6/1/2023 | Shirley Navarro-Losito | Phone call with Jose Alexander Rivera Rapalo | $100.00 | 0.3 | $30.00 |
| 5/31/2023 | Steven John Moser | Review file and assign tasks to SNL to contact all existing clients | $450.00 | 0.6 | $270.00 |
| 4/3/2023 | Shirley Navarro-Losito | Reviewed court docket | $100.00 | 0.3 | $30.00 |
| 1/12/2023 | Steven John Moser | Routine file review | $450.00 | 0.2 | $90.00 |
| 12/6/2022 | Shirley Navarro-Losito | Reviewed court docket and answer to complain from defendants | $100.00 | 0.3 | $30.00 |
| 11/14/2022 | Shirley Navarro-Losito | upload 1st Amended Complaint and file via ECF | $100.00 | 0.3 | $30.00 |
| 10/12/2022 | Shirley Navarro-Losito | Reviewed court docket | $100.00 | 0.2 | $20.00 |
| 9/9/2022 | Shirley Navarro-Losito | call with client to get updated info for other clients | $100.00 | 0.2 | $20.00 |
| 9/9/2022 | Shirley Navarro-Losito | Call with Clients to update their information and acquire other guys info | $100.00 | 0.3 | $30.00 |
| 9/2/2022 | Steven John Moser | Email from J. McGrath responding to settlement offer | $450.00 | 0.2 | $90.00 |
| 9/2/2022 | Steven John Moser | Email to J. McGrath | $450.00 | 0.3 | $135.00 |
| 9/1/2022 | Shirley Navarro-Losito | call with Billy Odria updating information and giving case update | $100.00 | 0.3 | $30.00 |
| 8/29/2022 | Shirley Navarro-Losito | Review Court docket- SNL | $100.00 | 0.2 | $20.00 |
| 8/26/2022 | Steven John Moser | Review file | $450.00 | 0.5 | $225.00 |
| 8/26/2022 | Steven John Moser | Revise damages calculations and email to opposing counsel | $450.00 | 1.2 | $540.00 |
| 8/26/2022 | Steven John Moser | Email J McGrath | $450.00 | 0.2 | $90.00 |
| 8/26/2022 | Shirley Navarro-Losito | Call to clients to update their information and data entry | $100.00 | 0.4 | $40.00 |
| 8/19/2022 | Shirley Navarro-Losito | Called all clients to update their information in the system | $100.00 | 0.2 | $20.00 |
| 8/19/2022 | Shirley Navarro-Losito | Call with Edilberto | $100.00 | 0.2 | $20.00 |
| 8/19/2022 | Shirley Navarro-Losito | Input all information from clients into system from Clio | $100.00 | 0.3 | $30.00 |

Billing Entries

Siancas v. Rallye Motors, LLC

| Date | User | Description | Rate | Time | Total |
|---|---|---|---|---|---|
| 8/16/2022 | Steven John Moser | Review file | $450.00 | 0.6 | $270.00 |
| 8/16/2022 | Steven John Moser | Import all case files from NetDocuments | $450.00 | 0.5 | $225.00 |
| 4/1/2022 | Steven John Moser | Review Rallye Letter to SIL requesting that reply be disregarded | $450.00 | 0.2 | $90.00 |
| 4/1/2022 | Steven John Moser | Prepare letter in response to Rally's Request that Pl's reply be disregarded | $450.00 | 0.5 | $225.00 |
| 4/1/2022 | Steven John Moser | File Letter to SIL via ECF | $450.00 | 0.1 | $45.00 |
| 3/25/2022 | Steven John Moser | Legal research for Reply ISO motion to amend | $450.00 | 2.1 | $945.00 |
| 3/25/2022 | Steven John Moser | Draft Reply MOL ISO Motion to Amend | $450.00 | 2.8 | $1,260.00 |
| 3/25/2022 | Steven John Moser | Bundle File all Motion papers re Mot to Amend | $450.00 | 0.2 | $90.00 |
| 3/1/2022 | Steven John Moser | Revise NOM, MOL and FAC re amendment of complaint | $450.00 | 1.2 | $540.00 |
| 2/28/2022 | Steven John Moser | Review file and docket sheet | $450.00 | 0.2 | $90.00 |
| 2/28/2022 | Steven John Moser | Review file and court docket | $450.00 | 0.3 | $135.00 |
| 9/8/2021 | Steven John Moser | Telephone call from SJM to Raul Siancas | $450.00 | 0.2 | $90.00 |
| 8/12/2021 | Steven John Moser | Review bankruptcy dockets for Exclusive and Michael Agolia | $450.00 | 1.2 | $540.00 |
| 8/12/2021 | Steven John Moser | Prepare motion to dismiss claims against Exclusive without prejudice | $450.00 | 1.5 | $675.00 |
| 8/12/2021 | Steven John Moser | Revise MOL in support of motion to amend complaint | $450.00 | 2.3 | $1,035.00 |
| 8/12/2021 | Steven John Moser | Review and revise proposed First Amended Complaint | $450.00 | 2.3 | $1,035.00 |
| 2/9/2021 | Steven John Moser | Review docket sheet to update opt-in contact information and verify that damages calculations include all opt-ins. | $450.00 | 0.5 | $225.00 |
| 2/9/2021 | Steven John Moser | Revise damages calculations and email to opposing counsel with Settlement | $450.00 | 0.8 | $360.00 |
| 2/9/2021 | Shirley Navarro-Losito | Telephone Call from JS to Siancas re Case Update | $100.00 | 0.1 | $10.00 |
| 2/9/2021 | Shirley Navarro-Losito | VM from JS to Orlin Maldonado re Case Update | $100.00 | 0.1 | $10.00 |
| 2/9/2021 | Shirley Navarro-Losito | Telephone Call from JS to Billy Odria re Case Update | $100.00 | 0.1 | $10.00 |
| 2/9/2021 | Shirley Navarro-Losito | Telephone Call from JS to Edilberto Ortiz re Case Update | $100.00 | 0.1 | $10.00 |
| 2/9/2021 | Shirley Navarro-Losito | VM from JS to Jose Rivera Rapalo re Case Update | $100.00 | 0.1 | $10.00 |
| 2/9/2021 | Shirley Navarro-Losito | Telephone Call from JS to Rossebel Rivera | $100.00 | 0.1 | $10.00 |
| 2/3/2021 | Steven John Moser | Telephone call from S Moser to J McGrath re settlement | $450.00 | 0.1 | $45.00 |
| 1/26/2021 | Steven John Moser | Research status of bankruptcy of Exlcusive Detailing, Inc. | $450.00 | 0.3 | $135.00 |
| 1/26/2021 | Steven John Moser | Prepare and file status report re Status of EDI bankruptcy to Hon. Joanna | $450.00 | 0.2 | $90.00 |
| 1/26/2021 | Steven John Moser | Email to James McGrath regarding setting up a M&C for next week | $450.00 | 0.2 | $90.00 |

Billing Entries

Siancas v. Rallye Motors, LLC

| Date | User | Description | Rate | Time | Total |
|---|---|---|---|---|---|
| 12/22/2020 | Paralegal | Reviewed ECF Bounce--order staying case by Magistrate Judge SIL--based upon the bankruptcy filing. The case may reopen once the bankruptcy issue is | $100.00 | 0.1 | $10.00 |
| 12/18/2020 | Paralegal | Reviewed 12/17/20 JS Status Report Order Received via ECF Bounce | $100.00 | 0.1 | $10.00 |
| 12/18/2020 | Paralegal | Uploaded to NetDocs 12/17/20 JS Status Report Order Received via ECF Bounce | $100.00 | 0.1 | $10.00 |
| 12/18/2020 | Paralegal | Filed in Binder 12/17/20 JS Status Report Order Received via ECF Bounce | $100.00 | 0.1 | $10.00 |
| 12/18/2020 | Paralegal | Calendared in Clio date Plaintiff must file Status Report | $100.00 | 0.1 | $10.00 |
| 12/10/2020 | Steven John Moser | Research status of Bankruptcy case (16-BK-19065) still open | $450.00 | 0.3 | $135.00 |
| 7/28/2020 | Steven John Moser | PACER research into status of bankruptcy proceeding - Exclusive bankruptcy not yet closed - opened in 2016 | $450.00 | 0.4 | $180.00 |
| 1/16/2020 | Paralegal | Reviewed Order Staying Case by Steven I. Locke. | $100.00 | 0.1 | $10.00 |
| 1/16/2020 | Paralegal | Uploaded Order Staying Case by Steven I. Locke. | $100.00 | 0.1 | $10.00 |
| 11/27/2019 | Steven John Moser | Review case docket sheet to prepare summary of timeline and status report to | $450.00 | 1.7 | $765.00 |
| 11/27/2019 | Steven John Moser | Pacer case search for Exclusive Detailing Inc's filing information. Case is still | $450.00 | 0.4 | $180.00 |
| 11/26/2019 | Steven John Moser | Telephone call to R Siancas | $450.00 | 0.4 | $180.00 |
| 11/26/2019 | Steven John Moser | Telephone call to R Siancas | $450.00 | 0.1 | $45.00 |
| 11/26/2019 | Steven John Moser | Online pacer research regarding status of Agolia Bankruptcy. Bankruptcy | $450.00 | 0.8 | $360.00 |
| 2/22/2019 | Paralegal | Meeting with SJM Re Status of Case | $100.00 | 0.2 | $20.00 |
| 2/22/2019 | Paralegal | R Siancas called re status of case | $100.00 | 0.2 | $20.00 |
| 2/22/2019 | Paralegal | R Siancas called re status of case | $100.00 | 0.1 | $10.00 |
| 2/22/2019 | Paralegal | Meeting with SJM Re Status of Case | $100.00 | 0.1 | $10.00 |
| 1/16/2019 | Paralegal | Rename and reorganize file | $100.00 | 3 | $300.00 |
| 10/3/2018 | Paralegal | R Siancas called re status of case | $100.00 | 0.2 | $20.00 |
| 7/11/2018 | Paralegal | R Siancas called re status of case | $100.00 | 0.2 | $20.00 |
| 6/29/2018 | Paralegal | Reorganize and rename folders and files | $100.00 | 7.6 | $760.00 |
| 6/29/2018 | Paralegal | Review Wells Fargo response to subpoena | $100.00 | 3.9 | $390.00 |
| 6/27/2018 | Paralegal | Organize file and rename documents | $100.00 | 2 | $200.00 |
| 6/26/2018 | Paralegal | Organize file | $100.00 | 1.4 | $140.00 |
| 6/22/2018 | Paralegal | Organize file | $100.00 | 0.5 | $50.00 |
| 6/20/2018 | Paralegal | Organize file | $100.00 | 1.7 | $170.00 |

Billing Entries

Siancas v. Rallye Motors, LLC

| Date | User | Description | Rate | Time | Total |
| --- | --- | --- | --- | --- | --- |
| 6/13/2018 | Paralegal | R Siancas called re status of case | $100.00 | 0.1 | $10.00 |
| 5/30/2018 | Paralegal | R Siancas called re status of case | $100.00 | 0.1 | $10.00 |
| 1/1/2018 | Paralegal | Balance of hours carried forward from PC Law | $100.00 | 162.7 | $16,270.00 |
| 1/1/2018 | Steven John Moser | Balance of hours carried forward from PC Law | $450.00 | 202.5 | $91,125.00 |