UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RAUL SIANCAS, *individually and on behalf of all others similarly situated,*

                Plaintiff,

  -against-

RALLYE MOTORS, LLC,
RALLYE MOTORS HOLDING, LLC,
RALLYE GLEN COVE, LLC,
RALLYE NORTHERN, LLC,
RALLYE ROSLYN, LLC,
RALLYE ROSLYN HOLDING, LLC,
RALLYE WESTBURY, LLC,
EXCLUSIVE DETAILING, INC.,
MICHAEL AGOLIA, *and*
LISA AGOLIA,

                Defendants.
----------------------------------------------------------------X

**MEMORANDUM AND ORDER**

2:14-6151 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On July 19, 2024, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.* and the New York Labor Law ("NYLL"), Article 19, §§ 650 *et seq.*, Plaintiffs Raul Siancas, Billy Joel Odria, Jose Alexander Rivera Rapalo, and Rossebel Lobo Rivera ("Plaintiffs") submitted a consent motion seeking approval of a Settlement Agreement (the "Settlement Agreement").[1] *See* DE [169]. On July 29, 2024, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [170].

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Docket Entry ("DE") [148].

Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:    Central Islip, New York    **SO ORDERED.**
          July 29, 2024

<u>/s/ Steven I. Locke</u>
STEVEN I. LOCKE
United States Magistrate Judge